B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Utah

In re    **Kimball Dean Strickland**                                    ,          Case No. _____**09-27942**_____

                                                    Debtor

                                                                        Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 8 | 1,210.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 4 | | 688,160.85 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 64 | | 4,983,692.34 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 876.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 876.00 |
| Total Number of Sheets of ALL Schedules | | 83 | | | |
| Total Assets | | | 1,210.00 | | |
| Total Liabilities | | | | 5,671,853.19 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Utah

In re    **Kimball Dean Strickland**                                             ,

Case No. ___**09-27942**_____

Debtor

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

In re    **Kimball Dean Strickland**                                          ,    Case No.    **09-27942**
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | 0.00 | (Total of this page) |
| | | Total > | 0.00 | |
| __0__  continuation sheets attached to the Schedule of Real Property | | | (Report also on Summary of Schedules) | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **Kimball Dean Strickland**                                    ,        Case No.   **09-27942**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash** | - | **200.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Zions Bank checking account no. 137321873 (overdrawn)** | - | **0.00** |
| | | **US Bank Acct savings #xxxxxxxxx554 (estimated $534.25)** | - | **Unknown** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Couch ($100), coffee table ($30), television ($30), knick knacks ($200)** | - | **360.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Clothing and shoes for one person** | - | **500.00** |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **1,060.00**
(Total of this page)

  **4**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re __Kimball Dean Strickland_____ ,    Case No. __09-27942_____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% interest in Kimball Construction Company, LLC, a Utah limited liability company: The assets of this company are detailed on Attachment "A" to Schedule B. This company's extraordinary transfers are also detailed on Attachment "A"** | - | 0.00 |
| | | **100% interest in Kimball Roofing, Energy & Maintenance, Inc., a Texas corporation; this company has no assets.** | - | 0.00 |
| | | **100% in K&S Properties, LLC, Wyoming LLC the assets of which consist of the following: 1984 Corvette (value $2,200, appraised by Intermountain Auction and Appraisal) Realty Hidden Creek subdivision, located in Lincoln County, Wyoming valued at $300,000, 1st TD to Z-Farms $130,000, IRS liens of $800,000) 50% interest in lease option on 93 West Main Street, Midway, UT 89049 (other 50% interest owned by Debtor)** | - | 0.00 |
| | | **1997 Ford F250 VIN 1FTH26G8VEB38543* 1990 Ford F150 VIN 1FTEF14NXLPB38494* 1992 utility trailer VIN UTT13433* 1979 Dodge Motorhome VIN F44CD9V727991* 2004 Chevy Silverado VIN 1GCHK23214F193171* 1999 Dodge 2500 Quad 1B7KF236XXJ612391*** | | |
| | | **In the last 12 months, this company has sold for appraised fair market values 6 vehicles, of which some were free and clear of liens and the sale proceeds were applied to this company's debt service and others of which wer encumbered by liens and the sale proceeds were paid to the lienholder.** | | |

Sub-Total >                          0.00
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Kimball Dean Strickland**                                            ,   Case No.  **09-27942**
                                                Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **100% in Kimball Roofing Energy & Maintenance, LC, a Hawaii limited liability company, the asset repossessed by Olsen & Olsen Trust between July and Decmeber of 2008;  Zion's Bank account 1378025744 and 029123700; (CU Hawaii checking and savings accounts was closed in December 2008 - closing balance $54)** | - | 0.00 |
| | | **Accounts receivable: Grant Vernon/Edmond Olson ($19,776); ERA REALTY-vet center ($5,500); Robert Conser ($3,090); ERA computer shop ($1,800); Glen Yoshizawa ($9,200); Elizabeth Zeuch ($2,752.61) July 2009 balance sheet of thie company shows net equity of $-350,895.88** | | |
| | | **100% interest in Kimball Roofing Energy & Maintenance, LLC, a Utah limited liability company the assets of which include: Vehicle: 2002 Chevy 2500 Crew Cab VIN 1GCHK23142F225826*** | - | 0.00 |
| | | **100% interest Kimball Roofing & Repairs LLC, a Utah limited liabilty company (no business): no assets** | - | 0.00 |
| | | **100% interest in Above All Roofing, LLC, a Utah limited liability company (never did business) no assets.** | - | 0.00 |
| | | **100% interest in Above All Roofing, LLC, a Idaho & Montana company (never did business) no assets.** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Anticipated year 2008 tax refund (none expected)** | - | 0.00 |

Sub-Total >         0.00
(Total of this page)

Sheet  **2**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Kimball Dean Strickland**                                    ,     Case No.    **09-27942**
                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **German Shepherd** | **-** | **50.00** |

Sub-Total >      **50.00**
(Total of this page)

Sheet   **3**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Kimball Dean Strickland**                                         ,    Case No.    **09-27942**
                                        Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Purchase option for real property located at 15-2019 8th Ave. HPP, Keaau, HI 96749** | - | **0.00** |
| | | **Small hand tools ($100)** | - | **100.00** |
| | | **Debtor may have a cause of action againt Central Bonds & Insurance and possibly the insurance broker for an unauthorized change in the errors and omissions policy covering Kimball Construction, LLC on The Willows Condominium roofing project (Claim No. 93413 of Allied Insurance, which provides the errors and omission insurance coverage to Central Bonds & Insurance, Inc.); debtor also filed a complaint against Central Bonds and insurance, Inc. with the Utah Inurance Department** | - | **0.00** |
| | | **50% interest in lease option on 93 West Main Street, Midway, UT 89049 (other 50% interest owned by K&S Properties)** | - | **0.00** |

|  |  |
|---|---|
| Sub-Total >  (Total of this page) | **100.00** |
| Total > | **1,210.00** |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **Kimball Dean Strickland**                              Case No.   _____

Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### Attachment A

The assets of **Kimball Construction Company, LLC** consist of the following:

**Equipment**: Equipment Lease (Lessor is K&S Properties of Wyoming, LC), including the leases of the following properties:

1997 Ford Truck VIN xxx8543 (value = $1,800)

1992 Utility Trailer VINxxx3433 (value = $400),

1999 Dodge Truck VINxxx2391 (value = $2,350)

2004 Chevy Silverado VINxxx3171 (value = $6,600),

1979 Dodge Motorhome VINxxx7991 (value = $1,000),

2002 Chevy 2500 crew cab pick up truck VINxxx5826 (value = $2500)

1990 Ford F-150 pick up truck VINxxx8494 (value = $300)

**Accounts Receivable**

Hawaiiana Management ($3,616.67);

The Paul Hooker Family ($2,055);

Jessica Sharp ($250);

Mike Lloyd ($312.50);

AIP ($26,308 approx.)

FCS Willows Building N&O ($15,884.20; secured by multiple liens as below) and

Willows  Building J ($25,605.49; secured by multiple liens as below)

Nicole Perkins ($1523.71);

Sherman D. Fox & Mary-Anne Fox ($1523.71);

Leslie A. Richardson ($1523.71);

Aida Castrillo ($1523.71);

Alan J. Horton & Karen L. Horton ($1523.71);

Travis J. Black ($1523.71);

Robert A. Hawkes ($1523.71);

Cindy Schroder ($1523.71);

Gustavo Meza ($1523.71);

Steven D. Winslow ($1523.71);

Gareth E. Dickson ($1523.71);

John W. & Leslie Y. Figueroa ($1523.71);

Ian Stewart ($1523.71);

Robert M. Carboni ($1523.71);

Kenneth B. Fortner Jr. & Sarah Fortner ($1523.71);

Stephen & Melissa Voorhees ($1523.71);

John & Lori Durfee ($1523.71);

Patricia Warnock ($1523.71); Kevin

A. Jones ($1442.85);

Veda J. Truman ($1442.85);

Rachel J. Teater ($1442.85);

Elliott J. Rudisill ($1442.85);

Thomas Green III & Krissi Green ($1442.85);

William R. Johnson ($1442.85)


*The above parties are also listed on Schedule F as potential claims*

**Bank Accounts**

US Bank account no. xxxxxxxx3384 ($400 estimated balance)

Brighton Bank account no. xxxx2636 (overdrawn)

Zion's Bank operating account no. xxxx0677 ($.54)

Zion's Bank payroll account no. xxxx1774


**Transfers:** In the two years immediately preceding the filing of this case, **Kimball Construction Company, LLC** had the following extraordinary transfers:

Sold in March 2009: a year 2000 Navistar International Heavy Truck along with 9 rolloff containers (value $11,225) sold for $21,000 to Dollar, Inc. of Oakley, UT; proceeds used to pay business expenses.

Sold on December 23, 2008: a 1996 Dodge Ram 3500 Truck Club Cab to an unkown party (value $7000 estimate) sold for $6500.

Promissory Note to Christine Hedstrom in the sum of $25,547.96 (originally $71,900) with security interest in

all equipment, logos, and phone numbers belonging to the company.

Sold to Christine Hedstrom for the sum of $3000 logo, phone numbers and miscellaneous (value = $3000) (appraised by Statewide Auctions)

On July 29, 2009, Kimball Construction, LLC, received payment from the attorney for Mountainhouse Grill on a small claims settlement in the approximately amount of $3000, in which the debtor personally had no interest.

B6C (Official Form 6C) (12/07)

In re  **Kimball Dean Strickland**                                        ,      Case No.    **09-27942**

Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Household Goods and Furnishings** | | | |
| **Couch ($100), coffee table ($30), television ($30), knick knacks ($200)** | **Utah Code Ann. § 78B-5-506(1)(a)** | **360.00** | **360.00** |
| **Wearing Apparel** | | | |
| **Clothing and shoes for one person** | **Utah Code Ann. § 78B-5-505(1)(a)(viii)(D)** | **500.00** | **500.00** |
| **Animals** | | | |
| **German Shepherd** | **Utah Code Ann. § 78B-5-506(1)(c)** | **50.00** | **50.00** |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **Small hand tools ($100)** | **Utah Code Ann. § 78B-5-506(2)** | **100.00** | **100.00** |

Total:     **1,010.00**     **1,010.00**

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Kimball Dean Strickland** _____ ,   Case No.   **09-27942** _____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| __0__ continuation sheets attached | | | Subtotal (Total of this page) | | | | | |
| | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re    **Kimball Dean Strickland**
_____,    Case No. ___**09-27942**_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**3**    continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

8/11/09 9:15PM

B6E (Official Form 6E) (12/07) - Cont.

In re    **Kimball Dean Strickland**                                          ,    Case No.    **09-27942**
_____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **None**<br><br>**Denise Strickland**<br>**2646 Lost CreekCircle**<br>**Saratoga Springs, UT 84045** | - | | **2007**<br><br>**Property settlement to ex-spouse** | | | | **40,000.00** | **0.00**<br><br>**40,000.00** |
| Account No. **Cxxxxx2191**<br><br>**Office of Recovery Services**<br>**Child Support Services**<br>**P.O. Box 45011**<br>**Salt Lake City, UT 84145-0011** | - | | **2007**<br><br>**Collections for Back Child Support** | | | | **Unknown** | **Unknown**<br><br>**Unknown** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet  **1**   of  **3**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| Subtotal | 0.00 | |
|---|---|---|
| (Total of this page) | **40,000.00** | **40,000.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Kimball Dean Strickland** _____,  Case No. **09-27942** _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx-xxx8359**<br><br>**Internal Revenue Service**<br>**Attn Special Proceedures, Mail Stop 5021**<br>**50 South 200 East**<br>**Salt Lake City, UT 84111** | - | | **2000-2007**<br><br>**Unpaid trust fund taxes interest and penalties, collateralized by tax lien issued September 4, 2008 that covers all debtor's unemcumbered property as of that date; as well as the property of Debtos' companies** | | | X | **556,874.22** | **0.00**<br><br>**556,874.22** |
| Account No. **xx-xxxxxxx/ Case No. xx0742**<br><br>**State of Hawaii Dept. of Taxation**<br>**State Office Building**<br>**75 Aupuni Street, #101**<br>**Hilo, HI 96720-4245** | - | | **2007-2008**<br><br>**Trust fund taxes, interest, and penalties** | | | X | **34,121.17** | **0.00**<br><br>**34,121.17** |
| Account No. **xx-xxx011-3**<br><br>**State of Texas Comptroller**<br>**13528 Capitol Station**<br>**Austin, TX 78711-3528** | - | | **2007**<br><br>**NOTICE ONLY** | | | | **0.00** | **0.00**<br><br>**0.00** |
| Account No. **ER No. xx-xxx011-3**<br><br>**Texas Workforce Commission**<br>**101 East 15th Street**<br>**Austin, TX 78778-0001** | - | | **2007**<br><br>**NOTICE ONLY** | | | | **0.00** | **0.00**<br><br>**0.00** |
| Account No. **xxx-xx-6905**<br><br>**Utah Department of Workforce Services**<br>**140 East 300 South**<br>**Salt Lake City, UT 84111** | - | | **N/A**<br><br>**NOTICE** | | | | **Unknown** | **Unknown**<br><br>**Unknown** |

Sheet __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **0.00** | |
| **590,995.39** | **590,995.39** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Kimball Dean Strickland**                                        ,    Case No.    **09-27942**
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Case No. xxxxxxxxx/ Zx4802** <br><br> **Utah State Tax Commission Attn:  Bankruptcy Unit 210 North 1950 West Salt Lake City, UT 84134** | - | | **2005-2008** <br><br> **Trust fund taxes, interest, penalties** | | | X | 43,848.12 | 0.00 <br><br> 43,848.12 |
| Account No. **xxx3287** <br><br> **Workers Compensation Fund 392 East 6400 South Salt Lake City, UT 84107** | - | | **2006 to 2007** <br><br> **Workers' Compensation Insurance** | | | X | 13,317.34 | 0.00 <br><br> 13,317.34 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 <br> 57,165.46 | 57,165.46 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 <br> 688,160.85 | 688,160.85 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Kimball Dean Strickland**                               ,     Case No.   **09-27942**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Kimball Construction Company**<br><br>**A-1 Restoration Inc.**<br>**PO Box 593**<br>**Midvale, UT 84047** | - | | | | Business debt: Vendor | | | | 1,800.00 |
| Account No. **Kimball Construction**<br><br>**AAA Restoration**<br>**PO Box 57488**<br>**Salt Lake City, UT 84157** | - | | | | 2008<br>For Willows Condos units | | | X | 219,814.79 |
| Account No. **xxx-xx-6905**<br><br>**AAA Water Disaster Clean-Up**<br>**476 E Riverside Dr # B4**<br>**Saint George, UT 84790-6873** | - | | | | 2008<br>Service | X | X | X | Unknown |
| Account No. **Kimball Roofing Energy & Maint**<br><br>**Ad Ventures Hi LLC**<br>**PO Box 2417**<br>**Wailuku, HI 96793** | - | | | | Business debt | | | | 0.00 |

| | | | Subtotal<br>(Total of this page) | 221,614.79 |
|---|---|---|---|---|

  **63**   continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                        S/N:29378-090728   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kimball Dean Strickland**                                    ,      Case No. _____**09-27942**_____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. x1148; x0593<br><br>**Administrative Office of the Courts**<br>**PO Box 140241**<br>**Salt Lake City, UT 84114** | - | | **2009**<br>**Business debt for Kimball Construction** | | | | 115.00 |
| Account No. **Kimball Construction Company**<br><br>**Advanced Business Equipment**<br>**331 West 2700 South**<br>**Salt Lake City, UT 84115** | - | | **Business debt: Vendor** | | | | 2,927.54 |
| Account No. **xxx-xxxx-WAYMD**<br><br>**Advanced Wireless Systems, LLC**<br>**66 Kekuanaoa Street, Suite 360**<br>**Hilo, HI 96720** | - | | **2008**<br>**Business debt for Kimball Roofing** | | | | 337.18 |
| Account No. **xxxxx6954**<br><br>**Afton Thomas**<br>**c/o Ray G. Martineau**<br>**3098 Highland Drive #450**<br>**Salt Lake City, UT 84106** | - | | **2007**<br>**Business debt: Judgment** | | | | 30,618.44 |
| Account No. **xx-xxx-xxx890-1**<br><br>**AICCO, Inc.**<br>**1630 E. Shaw Avenue Suite 160**<br>**Fresno, CA 93710** | - | | **Business debt** | | | | 8,572.88 |

Sheet no. __**1**___ of __**63**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 42,571.04 |
|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Kimball Dean Strickland_____,   Case No. ___09-27942_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-6905**<br><br>Aida Castrillo<br>PO Box 57111<br>Murray, UT 84107 | - | | | | **2008**<br>**Business debt: Lien held by Kimball Construction, LLC** | | | | **Unknown** |
| Account No. **xxx-xx-6905**<br><br>Alan J. Horton & Karen L. Horton, et al<br>5390 South Willow Lane #C<br>Salt Lake City, UT 84107 | - | | | | **2008**<br>**Business debt: Lien held by Kimball Construction, LLC** | | | | **Unknown** |
| Account No. **xxxx8457**<br><br>Alliant Law Group, PC<br>PO Box 5914<br>Troy, MI 48007-5914 | | | | | **2008**<br>**Collection for Duro-Last** | | | | **1,478.73** |
| Account No. **xxx1301**<br><br>Allied American Credit, LLC<br>PO Box 3766<br>Spokane, WA 99220 | - | | | | **Business debt: Collection account for Dex Media** | | | | **7,815.08** |
| Account No. **xxxxx4000**<br><br>Allied Insurance<br>PO Box 10479<br>Des Moines, IA 50306-0479 | - | | | | **2009**<br>**Policy for Kimball construction** | | | | **17,334.34** |

Sheet no. __2___ of _63___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**26,628.15**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kimball Dean Strickland** _____ ,   Case No. ____**09-27942**____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5257**<br><br>**American Specific & Associated Products**<br>**3357 S. Main Street**<br>**Salt Lake City, UT 84115-4443** | - | | **Unknown**<br>**Collection** | | | X | **6,880.85** |
| Account No. **xxx-xx-6905**<br><br>**Arthur R. Newman, TR**<br>**5450 South Willow Lane #B**<br>**Murray, UT 84107** | - | | **2008**<br>**Business debt: Lien held by Kimball Construction, Inc.** | | | | **Unknown** |
| Account No. **3461 . . .**<br><br>**Asset Acceptance LLC**<br>**PO BOX 2036**<br>**Warren, MI 48090** | - | | **2007**<br>**Collections for Southwestern Bell Telephone LP** | | | | **455.00** |
| Account No.<br><br>**Assurance Lien Services**<br>**PO Box 726**<br>**Centerville, UT 84014** | - | | **2008**<br>**Business debt for Kimball Construction** | | | | **1,280.00** |
| Account No. **xxxxxxxxx2001**<br><br>**AT&T**<br>**PO Box 78225**<br>**Phoenix, AZ 85062-8225** | - | | **2008**<br>**Utility** | | | | **203.13** |

Sheet no. __**3**___ of __**63**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,818.98**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kimball Dean Strickland**                                          Case No. _____**09-27942**_____
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx6001** <br><br> **AT&T** <br> **PO Box 78225** <br> **Phoenix, AZ 85062-8225** | - | | **2009** <br> **Utility** | | | | 47.53 |
| Account No. **Ref. No. xxxxxxxxxx/xxxxx3368** <br><br> **Bank of Hawaii** <br> **Customer Recovery Department, #181** <br> **P.O. Box 135020** <br> **Honolulu, HI 96801-5020** | - | | **July 20, 2007** <br> **Consumer debt: Overdrafts** | | | | 8,000.00 |
| Account No. **xxxxx3350** <br><br> **Bank of Hawaii** <br> **PO Box 2900** <br> **Honolulu, HI 96846** | - | | **2007** <br> **Overdraft** | | | | 130.00 |
| Account No. <br><br> **Barabara Lassiter** <br> **96 East Kaysville Court** <br> **Draper, UT 84020** | - | | **NOTICE ONLY (current business and residential lease)** | | | | 0.00 |
| Account No. **xx-xx812-0** <br><br> **Bell LLC** <br> **PO Box 24538** <br> **Tampa, FL 33623** | - | | **Business debt** | | | | 1,030.00 |

Sheet no. __**4**__ of __**63**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,207.53

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Kimball Dean Strickland_____,    Case No. ___09-27942___
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xx4049**<br><br>**Best Life**<br>**PO Box 19721**<br>**Irvine, CA 92623** | - | | | | **Business debt: Kimball Construction Company** | | | | 6,190.71 |
| Account No. **XXX-XX-6905**<br><br>**Better Business Bureau of Hawaii**<br>**1132 Bishop St. Suire 615**<br>**Honolulu, HI 96813** | - | | | | **2007**<br>**NOTICE ONLY** | | | | 0.00 |
| Account No. **CVxxx0586**<br><br>**Bhupinder Singh Gill, On the Way Exxon**<br>**20958 FM 1960**<br>**Dayton, TX 77535** | - | | | | **2006**<br>**Business debt: Judgment** | | | | 4,800.00 |
| Account No. **xxxxx0659**<br><br>**Blaine T. Hofeling**<br>**Hofeling Waymant Marchant LLP**<br>**1760 N. Main, Suite 220**<br>**Cedar City, UT 84721** | - | | | | **2009**<br>**Judgment in Terri Santy, Ken Spelman case** | | | | 14,965.34 |
| Account No. **xxx4107**<br><br>**Bonneville Collections**<br>**PO Box 150621**<br>**Ogden, UT 84415** | - | | | | **2009**<br>**Collection account for Star Valley Disposal** | | | | 1,633.53 |

Sheet no. __5___ of __63___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    27,589.58

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kimball Dean Strickland**                                           ,    Case No. ____**09-27942**____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxx1005** <br><br> **Bonneville Collections** <br> **PO Box 150621** <br> **Ogden, UT 84415** | - | | | | **2007** <br> **Collections for Mountain West Anesthesia** | | | | **1,227.59** |
| Account No. **xxx-xx-6905** <br><br> **Brent E. Sarlo** <br> **5450 South Willow Lane #F** <br> **Murray, UT 84107** | - | | | | **2008** <br> **Business debt: Lien held by Kimball Construction, LLC** | | | | **Unknown** |
| Account No. **None** <br><br> **Brett Bennion** <br> **34680 Hwy 200** <br> **Sidney, MT 59270** | - | | | | **None** <br> **NOTICE ONLY** | X | X | X | **Unknown** |
| Account No. **xxx-xx-6905** <br><br> **Bruce G. Norton** <br> **PO Box 572067** <br> **Murray, UT 84157** | - | | | | **2008** <br> **Business debt: Lien held by Kimball Construction, LLC** | | | | **Unknown** |
| Account No. **xxxBWx2023** <br><br> **Burlington Insurance Company** <br> **238 International Road** <br> **Burlington, NC 27216** | - | | | | **2008** <br> **Business debt for Kimball Construction** | | | | **3,352.73** |

Sheet no. __**6**___ of __**63**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,580.32**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kimball Dean Strickland** _____,    Case No. _____**09-27942**_____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx6563** <br><br> **Byron & Angela Cassill** <br> **c/o Richer & Overholt, P.C.** <br> **901 West Baxter Drive** <br> **South Jordan, UT 84095** | - | | **2008** <br> **Business debt: Judgment in civil no.** <br> **086906563** | | | | **34,583.02** |
| Account No. **XXX-XX-6905** <br><br> **C&R Dumpster Service** <br> **PO Box 71005** <br> **Salt Lake City, UT 84171** | - | | **2008** <br> **Business debt for Kimball Roofing** | | | | **189.60** |
| Account No. **Kimball Roofing** <br><br> **Calaway Electric** <br> **799 North 1300 West** <br> **Orem, UT 84057** | - | | **Business debt: Vendor** | | | | **129.00** |
| Account No. **x0526** <br><br> **Capital Keystone LLC** <br> **PO Box 708445** <br> **Sandy, UT 84070** | - | | **Collection account for Lawngevity** | | | | **501.36** |
| Account No. **xx-xxx7835** <br><br> **CCA** <br> **PO Box 439** <br> **Norwell, MA 02061-0439** | - | | **2007** <br> **Collections for AT&T under Kimball Roofing** <br> **Energy** | | | | **216.34** |

Sheet no. __**7**___ of __**63**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**35,619.32**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kimball Dean Strickland**                                    ,        Case No.   **09-27942**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **KIMBALLC001**<br><br>**Central Bonds and Insurance Agency**<br>**411 West 7200 South, suite 102**<br>**PO Box 338**<br>**Midvale, UT 84047** | - | | | | **2008**<br>**Business debt (Kimball Construction)** | | | | **48.60** |
| Account No. **xxx-xx-6905**<br><br>**Check City Collection Dept.**<br>**PO Box 970183**<br>**Orem, UT 84097** | - | | | | **2009**<br>**Business debt: Kimball Roofing** | | | | **1,607.59** |
| Account No. **xxx-xx-6905**<br><br>**Christine Hedstrom**<br>**PO Box 683781**<br>**Park City, UT 84068-3781** | - | | | | **January 2008**<br>**Business debt: secured promissory note**<br>**(Kimball Construction Company LLC)** | | | | **71,900.00** |
| Account No. **xxx-xx-6905**<br><br>**Cindy Schroder**<br>**5396 South Willow Lane #A**<br>**Murray, UT 84107** | - | | | | **2008**<br>**Business debt: Lien held by Kimball**<br>**Construction, LLC** | | | | **Unknown** |
| Account No. **xxxxx3041**<br><br>**Cit Group**<br>**P.O. Box 24330**<br>**Oklahoma City, OK 73124** | - | | | | **November 1996**<br>**Recreational merchandise loan** | | | | **72,473.00** |

Sheet no. __**8**__ of __**63**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**146,029.19**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Kimball Dean Strickland__ _____,     Case No. ___09-27942_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Kimball Construction Company**<br><br>**CNA Surety**<br>**333 S. Wabash Avenue**<br>**Floor 41**<br>**Chicago, IL 60604** | - | | | | **Business debt: Vendor** | | | | 8,847.24 |
| Account No. **xxx1156**<br><br>**Coface Collections North America Inc.**<br>**PO Box 8510**<br>**Metairie, LA 70011-8510** | - | | | | **2007**<br>**Collections for Reed Construction/Reed Business Information** | | | | 829.80 |
| Account No. **9031**<br><br>**COH - Dir. of Finance**<br>**DEM-SOLID WASTE DIV.**<br>**25 Aupuni Street #214**<br>**Hilo, HI 96720** | - | | | | **Business debt** | | | | 1,938.28 |
| Account No. **xxxxxxxxxxxxxx (xxxxxx6) 498**<br><br>**Commercial Recovery Systems**<br>**8035 E. R.L. Thornton Suite 220**<br>**Dallas, TX 75228** | - | | | | **2009**<br>**Collections for CIT Group Sales Financing, Inc.** | | | | 57,076.29 |
| Account No. **Kimball Construction Company**<br><br>**Corbridge Baird & Christensen**<br>**39 Exchange Place, Suite 100**<br>**Salt Lake City, UT 84111** | - | | | | **Business debt** | | | | 6,523.02 |

Sheet no. __9___ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

75,214.63

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kimball Dean Strickland**                                              ,    Case No.    **09-27942**
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **x4363** **County of Hawai'i 101 Aupuni Street, Suite 325 Hilo, HI 96720-4262** | - | | | | 2008 **Business debt: utilities** | | | | 2,502.68 |
| Account No. **xxxx5687** **Credit Management LP 4200 International Pkwy Carrollton, TX 75007** | - | | | | 2007 **Collections for Time Warner Cable** | | | | 119.00 |
| Account No. **xxxxxxxxx5584** **Credit Service of Logan 180 North Main Logan, UT 84323-3730** | - | | | | 2005 **Collection for Jack STire Oil 1001** | | | | 1,636.00 |
| Account No. **x0453** **Culligan PO Box 65758 Salt Lake City, UT 84165** | - | | | | 2008 **Consumer debt: Water services** | | | | 1,330.00 |
| Account No. **xxx-xx-6905** **Daniels Domestic Water 840 E. Little Sweden Rd. Heber City, UT 84032** | - | | | | 2009 **Utilities** | | | | 152.10 |

Sheet no. __10__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,739.78

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kimball Dean Strickland**                                    , Case No.  **09-27942**
                                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxx-xx-6905**<br><br>Deanne L. Taylor, TR<br>410 East Saunders Street<br>Muray, UT 84107 | | - | | | **2008**<br>**Business debt: Lien held by Kimball Construction, LLC** | | | | **Unknown** |
| Account No. **xx4 & 148**<br><br>Delicate Lawn Care<br>1780 Keysview Ct. #24<br>Salt Lake City, UT 84117 | | - | | | **2008**<br>**Business debt: Kimball Roofing Energy & Maintenance** | | | | **260.00** |
| Account No. **xxxx0000**<br><br>Dental Select<br>PO Box 29661-2035<br>Phoenix, AZ 85038-9661 | | - | | | **Business debt (Kimball Construction)** | | | | **328.26** |
| Account No. **xxx-xxxxxx20-13**<br><br>Dept of Water Suppy<br>County of Hawaii<br>345 Kekuanaoa St. Suite 20<br>Hilo, HI 96720 | | - | | | **2008**<br>**Utility** | | | | **84.30** |
| Account No. **Kimball Construction Company**<br><br>Derrick Taylor<br>55 W. Center Street<br>No. 275<br>North Salt Lake, UT 84054 | | - | | | **Business debt: Vendor** | | | | **40,665.89** |

Sheet no. __11__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**41,338.45**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kimball Dean Strickland**                                                         ,   Case No.   **09-27942**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxx-xx-6905** Devlan Properties, LLC 5450 South Willow Lane, #C Murray, UT 84107 | - | | | | **2008** **Business debt: Lien held by Kimball Construction, LLC** | | | | **Unknown** |
| Account No. **xxxxx6958** Dex West PO Box 79167 Phoenix, AZ 85062-9167 | - | | | | **2009** **Miscellaneous debt** | | | | **789.91** |
| Account No. **x2387** Diamond Rental 4518 S. 500 W. Salt Lake City, UT 84123 | - | | | | **2008** **Business debt for Kimball Construction** | | | | **903.02** |
| Account No. **xxxxxxxx4405** Draper Bank 903 East 12300 South Draper, UT 84020 | - | | | | **November 1997** **Credit card** | | | | **10,959.00** |
| Account No. **x5999** Drywall Surgeons 1382 West Center Street Orem, UT 84057 | - | | | | **2009** **Business debt: Kimball Roofing** | | | | **800.00** |

Sheet no. __**12**__ of __**63**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**13,451.93**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kimball Dean Strickland**                                                     Case No.   **09-27942**
                                        ,
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxx7611**<br><br>**Duro-Last Roofing, Inc.**<br>**c/o Bryan W. Cannon & Associates**<br>**8619 S. Sandy Pkwy., Ste. 111**<br>**Sandy, UT 84070** | - | | | | **2006**<br>**Business debt** | | | X | 199,774.94 |
| Account No. **None**<br><br>**E. Perry Thomas**<br>**Criminal District Attorney**<br>**1001 Pear St. 3rd Floor**<br>**Beaumont, TX 77701** | - | | | | **N/A**<br>**NOTICE ONLY** | | | | 0.00 |
| Account No. **xx-x-0232**<br><br>**Edmund C. Olson Trust No. II**<br>**c/o Alston Hunt Floyd & Ing**<br>**1001 Bishop Street, 18th Floor**<br>**Honolulu, HI 96813** | - | | | | **2006**<br>**Business debt: Allegation of Construction Defects** | | | | 50,270.00 |
| Account No. **xxx-xx-6905**<br><br>**Elliott J. Rudisill**<br>**469 Lyndhurst Drive**<br>**North Salt Lake, UT 84054** | - | | | | **2008**<br>**Business debt: Lien held by Kimball Construction, LLC** | | | | Unknown |
| Account No. **xx3705**<br><br>**Emergency Physicians Integrated**<br>**C/O Vanguard Collections**<br>**1800 S. West Temple**<br>**Salt Lake City, UT 84115** | - | | | | **Consumer debt: Medical expenses** | | | | 753.96 |

Sheet no. __**13**__ of __**63**__ sheets attached to Schedule of                                  Subtotal
Creditors Holding Unsecured Nonpriority Claims                                        (Total of this page)                    250,798.90

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kimball Dean Strickland**                                    ,     Case No.   **09-27942**
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x2456**  Escrow Specialists, Inc. P.O. Box 3287 Ogden, UT 84409 | - | | **2009** **Business and consumer debt: Lease of office and residence** **NOTICE ONLY** | | | | 0.00 |
| Account No. **xx9316**  Evolution Services, Inc. c/o United Recovery Group PO Box 369 Draper, UT 84020-0369 | - | | **Business debt: Vendor** | | | | 17,178.00 |
| Account No. **xxx6610;**  Express Recovery Services PO Box 26415 Salt Lake City, UT 84126-0415 | - | | **2008** **Collections for Phone Directories** | | | | 3,797.78 |
| Account No. **Gxxx6950**  EZ to Use Island Pages PO Box 1473 Altoona, PA 16603-1473 | - | | **2007** **Busines debt for Kimball Roofing Energy & Maintenance** | | | | 1,041.64 |
| Account No. **Gxxxx5914**  EZ to Use Island Pages PO Box 1473 Altoona, PA 16603-1473 | - | | **2008** **Debt for Kimball Strickland** | | | | 3,929.14 |

Sheet no. __**14**__ of __**63**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25,946.56

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kimball Dean Strickland**                                                                   ,    Case No.    **09-27942**
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **None**<br><br>FCS Property Management<br>P.O. Box 5555<br>Draper, UT 84020 | - | | | | None<br>NOTICE ONLY | X | X | X | **Unknown** |
| Account No. **xx2952**<br><br>Firmco Financial Leasing<br>4700 South State Street<br>Salt Lake City, UT 84107 | - | | | | 2008<br>Business debt for Kimball Roofing Energy & Maintenance | | | | **5,959.34** |
| Account No. **FMTXxx2356**<br><br>First Mercury Insurance<br>PO Box 5096<br>Southfield, MI 48086 | - | | | | 2008<br>Liberty Mutual/Brian Bare debt for Kimball Construction | | | | **5,000.00** |
| Account No. **xxxxxxx4532XXXX**<br><br>First National Bank Omaha<br>PO Box 3437<br>Omaha, NE 68103-0437 | - | | | | 2005<br>Credit Card | | | | **4,023.00** |
| Account No. **Kimball Construction Company**<br><br>Flex Membrane<br>2670 Leisczs Bridge Road #400<br>Leesport, PA 19533 | - | | | | NOTICE ONLY (current business vendor) | | | | **0.00** |

Sheet no. __**15**__ of __**63**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**14,982.34**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kimball Dean Strickland**                                                    ,   Case No. ____**09-27942**____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **N/A**<br><br>**Frank Hammer**<br>**16-441 Oliane Street**<br>**Keaau, HI 96749** | - | | | | **2006**<br>**NOTICE ONLY** | | | | **0.00** |
| Account No. **XXX-XX-6905**<br><br>**Franklin L. Slaugh**<br>**880 East 9400 South, Suite 103**<br>**Sandy, UT 84094** | - | | | | **2007**<br>**Business debt: Vendor** | | | | **755.00** |
| Account No. **Kimball Construction**<br><br>**GAF-Elk Materials Corp.**<br>**1361 Alps Road**<br>**Wayne, NJ 07470** | - | | | | **2009**<br>**NOTICE ONLY (current business vendor)** | | | | **0.00** |
| Account No. **xxx-xx-6905**<br><br>**Gareth E. Dickson**<br>**5396 South Willow Lane #D**<br>**Murray, UT 84107** | - | | | | **2008**<br>**Business debt: Lien held by Kimball Construction, LLC** | | | | **Unknown** |
| Account No. **Kimball Construction Company**<br><br>**Gary Courtright**<br>**5032 Kiowa Court**<br>**West Valley City, UT 84120** | - | | | | **Business debt: Vendor** | | | | **6,761.42** |

Sheet no. __**16**__ of __**63**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,516.42**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kimball Dean Strickland**                                   ,  Case No.  **09-27942**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xx-xxx-xxx890-1** <br><br> **GB Collects, LLC** <br> **145 Bradford Drive** <br> **West Berlin, NJ 08091** | - | | | | **2008** <br> **Collections for Pyramid Insurance Centre Ltd** | | | | 11,044.00 |
| Account No. **xx-xxx-xxx890-1** <br><br> **GB Collects, LLC** <br> **145 Bradford Drive** <br> **West Berlin, NJ 08091** | - | | | | **Collection account** | | | | 1,125.19 |
| Account No. **xx5149** <br><br> **Gilbert & Stewart, CPAs** <br> **190 West 800 North** <br> **Provo, UT 84601** | | | | | **2009** <br> **Accounting services** | | | | 717.61 |
| Account No. **xRC xx-1-368** <br><br> **Glenn & Monica Yoshizawa** <br> **15513 Mauna Kai Street** <br> **Hilo, HI 96720** | - | | | | **2007** <br> **Business debt: Allegation of breach of contract** | | | | 7,000.00 |
| Account No. **xxx-xx-6905** <br><br> **Gustavo Meza** <br> **5396 South Willow Lane #B** <br> **Murray, UT 84107** | - | | | | **2008** <br> **Business debt: Lien held by Kimball Construction, LLC** | | | | Unknown |

Sheet no. __17__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,886.80

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kimball Dean Strickland**                                   ,   Case No.   **09-27942**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**H&K Paving**<br>**Idaho Falls, ID** | | - | **Business debt** | | | | 0.00 |
| Account No. **xxxx-xxx1-008** <br><br>**Hawaii Electric Light Co,. Inc.**<br>**PO Box 1027**<br>**Hilo, HI 96721-1027** | | - | **2008**<br>**Utilty for Kimball Strickland** | | | | 575.46 |
| Account No. **xxxxxxxxxxx0010; xxxxxx7663** <br><br>**Hawaiian Telecom**<br>**PO Box 30770**<br>**Honolulu, HI 96820-0770** | | - | **2008**<br>**Business debt for Kimball Roofing** | | | | 11,942.86 |
| Account No. **xxxxxxxxxx9586** <br><br>**Hawaiian Telecom**<br>**PO Box 30770**<br>**Honolulu, HI 96820-0770** | | - | **2008**<br>**Utility** | | | | 322.69 |
| Account No. **xxx-xx-6905** <br><br>**Hawaiian Telecom**<br>**PO Box 30770**<br>**Honolulu, HI 96820-0770** | | - | **Business debt** | | | | 324.32 |

Sheet no. __18__ of __63__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **13,165.33**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kimball Dean Strickland**                                    ,   Case No.   **09-27942**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **H-xxxxxxxx34-00**<br><br>**Hawaiian Telecom Yellow Pages**<br>**PO Box 712344**<br>**Cincinnati, OH 45271-0001** | | - | **2007**<br>**Business debt for Kimball Crane Service** | | | | 831.24 |
| Account No. **H-xxxxxxxx63-00**<br><br>**Hawaiian Telecom Yellow Pages**<br>**PO Box 712344**<br>**Cincinnati, OH 45271-0001** | | - | **2008**<br>**Business debt for Kimball Roofing** | | | | 5,704.80 |
| Account No. **H-xxxxxxxx11-00**<br><br>**Hawaiian Telecom Yellow Pages**<br>**PO Box 712344**<br>**Cincinnati, OH 45271-0001** | | - | **2008**<br>**Business debt for Kimball Roofing Energy & Maintenance** | | | | 6,171.84 |
| Account No. **xx.xx00.0.2**<br><br>**Heber Light & Power**<br>**31 South 100 West**<br>**Heber City, UT 84032** | | - | **2009**<br>**NOTICE ONLY (current utility)** | | | | 0.00 |
| Account No. **WCxxx-xxxxxxx-2006A**<br><br>**HEMIC**<br>**1003 Bishop Street**<br>**Pauahi Tower #1000**<br>**Honolulu, HI 96813** | | - | **Business debt (Kimball Roofing Energy & Maint)** | | | | 19,239.00 |

Sheet no. __**19**__ of __**63**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

31,946.88

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kimball Dean Strickland** _____,  Case No. ___**09-27942**_____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xx-1220**<br><br>**HFC**<br>**PO Box 60101**<br>**City Of Industry, CA 91716** | - | | | | **March 1999**<br>**Revolving credit account** | | | | 11,842.00 |
| Account No. **xx5325**<br><br>**HFC Nevada**<br>**1111 North Town Center Dr.**<br>**Las Vegas, NV 89144** | - | | | | **March 1999**<br>**Collections** | | | | 126,257.00 |
| Account No. **xx9148**<br><br>**HFC Nevada**<br>**1111 North Town Center Dr.**<br>**Las Vegas, NV 89144** | - | | | | **March 1999**<br>**Collections** | | | | 14,002.00 |
| Account No. **x4363**<br><br>**Hilo Landfill**<br>**25 Aupuni Street #214**<br>**Hilo, HI 96720** | - | | | | **2007**<br>**Business debt for Kimball Roofing & Energy** | | | | 695.38 |
| Account No. **Kimball Roofing Energy & Maint**<br><br>**Hilo Sheet Metal, Inc.**<br>**80 Pohaku Street**<br>**Hilo, HI 96720** | - | | | | **Business debt** | | | | 340.99 |

Sheet no. __**20**__ of __**63**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

153,137.37

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kimball Dean Strickland**                                              ,    Case No. ___**09-27942**___
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxx2684** | | - | | | **2007** **Business debt: Vendor** | | | | |
| HILTI INC. PO Box 21148 Tulsa, OK 74121 | | | | | | | | | 81.49 |
| Account No. **xx0058** | | - | | | **2008** **Business debt for Kimball Roofing (lien claimed)** | | | | |
| HK Contractors, Inc. PO Box 51450 Idaho Falls, ID 83405 | | | | | | | | | 26,308.00 |
| Account No. **CIV. No. xx-x-0247** | | - | | | **2005** **167 Kaunaloa Street, Hilo, HI 96720 (foreclosure commenced, and possible completed; this property was titled briefly in K&S Properties LC)** | | | X | |
| Homecomings Financial c/o Lester K.M. Keu 222 Merchant Street, Main Floor Honolulu, HI 96813 | | | | | | | | | 550,000.00 |
| Account No. **SQxxxxxxx1361** | | - | | | **2006-2008** **Various judgments** | | | | |
| Honolulu Bureau of Conv. 426 Queen Street Honolulu, HI 96813 | | | | | | | | | 584,279.00 |
| Account No. **None** | | - | | | **2008** **Business debt due to storm damage (for Willows property)** | X | X | X | |
| Horizon Property Mangerment 1035 S. Orem Blvd. Orem, UT 84058 | | | | | | | | | Unknown |

Sheet no. __**21**__ of __**63**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,160,668.49

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kimball Dean Strickland**                                      ,   Case No.   **09-27942**
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **x8142** <br><br> **HR Works LLC** <br> **16-B Railroad Ave.** <br> **Hilo, HI 96720** | | - | | | **2006-2008** <br> **Business debt for Kimball's Roofing Energy & Maintenance** | | | | 6,553.37 |
| Account No. **xxx-xx-6905** <br><br> **Huffaker Plumbing & Heating** <br> **PO Box 156** <br> **Midway, UT 84049** | | - | | | **2009** <br> **NOTICE ONLY (current business vendor)** | | | | 0.00 |
| Account No. **XXX-XX-6905** <br><br> **Humpty Dumpsters** <br> **672 North 75 East** <br> **Coalville, UT 84017** | | - | | | **2008** <br> **Business debt for Kimball Roofing** | | | | 757.14 |
| Account No. **xx4449** <br><br> **I-Ket** <br> **c/o Daniel W. Hunter** <br> **6076 S. 900 E. #150** <br> **Salt Lake City, UT 84121** | | - | | | **2000** <br> **Business debt** | | | | 37,739.13 |
| Account No. **Kimball Construction Company** <br><br> **IAC** <br> **PO Box 38399** <br> **Phoenix, AZ 85069** | | - | | | **Business debt: Vendor** | | | | 10,237.96 |

Sheet no. __**22**__ of __**63**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

55,287.60

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kimball Dean Strickland**                                        ,        Case No.   **09-27942**
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-6905**<br><br>Ian Stewart<br>1611 East Mulberry Way<br>Sandy, UT 84093 | | - | | | **2008**<br>**Business debt: Lien held by Kimball Construction, LLC** | | | | **Unknown** |
| Account No. **Kimball Construction Company**<br><br>IDC Servco<br>3962 Landmark Street<br>PO Box 1925<br>Culver City, CA 90232-1925 | | - | | | **2007**<br>**Business debt: Vendor** | | | | **390.80** |
| Account No. **xxxxxxxx7932**<br><br>Idearc Media<br>PO Box 619009<br>DFW Airport, TX 75261-9009 | | - | | | **2008**<br>**Business debt for Kimball Construction/Kimball Roofing** | | | | **3,681.91** |
| Account No. **xxxxxxxx2667**<br><br>Idearc Media<br>PO Box 619009<br>DFW Airport, TX 75261-9009 | | - | | | **2008**<br>**Business debt for Kimball Construction** | | | | **429.51** |
| Account No. **xxxx1090**<br><br>IHC Health Services<br>3930 W. Parkway Blvd.<br>Salt Lake City, UT 84130 | | - | | | **2007**<br>**Medical** | | | | **410.00** |

Sheet no. __**23**__ of __**63**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,912.22**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kimball Dean Strickland**                                              ,        Case No.   **09-27942**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxx1387**<br><br>**IHC Health Services**<br>**3930 W. Parkway Blvd.**<br>**Salt Lake City, UT 84130** | - | | | | 2007<br>Medical | | | | 96.00 |
| Account No. **xxxx2338**<br><br>**IHC Health Services**<br>**3930 W. Parkway Blvd.**<br>**Salt Lake City, UT 84130** | - | | | | 2008<br>Medical | | | | 452.00 |
| Account No. **xxxx-xxx-xx0-006**<br><br>**Insurers Administrative**<br>PO Box 39119<br>**Phoenix, AZ 85069-9119** | - | | | | 2007<br>Medical services | | | | 25.00 |
| Account No. **xx8972**<br><br>**Integra Telecom**<br>**P.O. Box 2966**<br>**Milwaukee, WI 53201-2966** | - | | | | 2008<br>NOTICE ONLY (current business vendor) | | | | 0.00 |
| Account No. **xx1333**<br><br>**Integra Telecom**<br>**P.O. Box 2966**<br>**Milwaukee, WI 53201-2966** | - | | | | NOTICE ONLY (current business vendor) | | | | 0.00 |

Sheet no. __24__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

573.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kimball Dean Strickland**                                    ,     Case No. ___**09-27942**___
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **2132XXXX** | | | | | **2006** **Medical expenses** | | | | |
| **Intermountain Health Care** **4646 West Lake Park Blvd.** **Collections** **Salt Lake City, UT 84120** | | - | | | | | | | 410.00 |
| Account No. **xxxx2758** | | | | | **2007** **Medical** | | | | |
| **Intermountain Healthcare ARC** **4646 West Lake Park Blvd.** **PO Box 30191** **Salt Lake City, UT 84130-0191** | | - | | | | | | | 2,380.30 |
| Account No. **xxxx7774** | | | | | **2008** **Medical** | | | | |
| **Intermountain Healthcare ARC** **PO Box 410400** **Salt Lake City, UT 84141** | | - | | | | | | | 2,356.14 |
| Account No. **xxx-xxx0182** | | | | | **2008** **Medical** | | | | |
| **Intermountain Medical Group** **PO Box 79052** **Phoenix, AZ 85062** | | - | | | | | | | 29.00 |
| Account No. **xx3870** | | | | | **2008** **Collections for Junius Clawson, MD** | | | | |
| **Interstate Collections** **60 East Claybourne Ave.** **P.O. Box 65718** **Salt Lake City, UT 84165-0718** | | - | | | | | | | 641.78 |

Sheet no. __**25**__ of __**63**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,817.22

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kimball Dean Strickland**                                              ,    Case No.    **09-27942**
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx8072** | | | **2009** | | | | |
| Intuit PO Box 513340 Los Angeles, CA 90051 | - | | **Business debt for Kimball Construction** | | | | 811.88 |
| Account No. **xxxxx0300** | | | **2009** | | | | |
| Jason S. Wilcox Wilcox Law PLLC P.O. Box 945 Park City, UT 84060 | - | | **NOTICE ONLY** | | | | Unknown |
| Account No. **None** | | | **None** | | | | |
| Jeff Hellrung 5361 South 800 East Ogden, UT 84405 | - | | **NOTICE ONLY** | X | X | X | Unknown |
| Account No. **Kimball Construction Company** | | | **Business debt: Vendor** | | | | |
| Jeff Petersen Generator 4485 W 3500 S Salt Lake City, UT 84120 | - | | | | | | 245.01 |
| Account No. **N/A** | | | **2006** | | | | |
| Jeff Winger 15-314 South Puni Makai Pahoa, HI 96778 | - | | **NOTICE ONLY** | | | | 0.00 |

Sheet no. __26__ of __63__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          1,056.89

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kimball Dean Strickland**                          ,      Case No.    **09-27942**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx4107** <br><br> **Jensen & Sullivan, LLC Attorneys at Law PO Box 150612 Ogden, UT 84415** | - | | | | **2008 Complaint by Bonneville Billing & Collections, Inc.** | | | | **Unknown** |
| Account No. **N/A** <br><br> **Jerry Souza, Sr. 15-1456 Kahakai Blvd. Pahoa, HI 96778** | - | | | | **2006 NOTICE ONLY** | | | | **0.00** |
| Account No. **xxx-xx-6905** <br><br> **John & Lori Durfee 3284 North Millcreek Road Pleasant Grove, UT 84062** | - | | | | **2008 Business debt: Lien held by Kimball Construction, LLC** | | | | **Unknown** |
| Account No. **xxx-xx-6905** <br><br> **John C. Heater 442 South State Street #172 Clearfield, UT 84015** | - | | | | **2008 Business debt: Lien held by Kimball Construction, LLC** | | | | **Unknown** |
| Account No. **xxx-xx-6905** <br><br> **John MacLachlan PO Box 945 American Fork, UT 84003** | - | | | | **Expired lease** | | | | **0.00** |

Sheet no. __**27**__ of __**63**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal                **0.00**
                                  (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kimball Dean Strickland**                                                    Case No.  **09-27942**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxx-xx-6905**<br><br>**John W. & Leslie &. Figueroa<br>7558 Kingman Drive<br>Annandale, VA 22003** | - | | | | **2008<br>Business debt: Lien held by Kimball Construction, LLC** | | | | **Unknown** |
| Account No. **xxx-xx-6905**<br><br>**Jordan & Susan Bunker<br>5450 South Willow Lane #A<br>Murray, UT 84107** | - | | | | **2008<br>Business debt: Lien held by Kimball Construction, LLC** | | | | **Unknown** |
| Account No. **x8502**<br><br>**Junius Clawson, M.D., P.C.<br>5810 South 300 East, Suite 300<br>Salt Lake City, UT 84107** | - | | | | **2007<br>Medical services** | | | | **6,387.80** |
| Account No. **Kimball Construction Company**<br><br>**K.V.'s Security Systems<br>10697 South 1155 West<br>South Jordan, UT 84095** | - | | | | **Business debt: Vendor** | | | | **1,312.39** |
| Account No. **xxxxx8832**<br><br>**Kazlow & Fields LLC<br>1160 South Crossroads Circle<br>Suite J<br>Baltimore, MD 21220** | - | | | | **2008<br>Collection account for Western Surety** | | | | **8,847.24** |

Sheet no. __**28**__ of __**63**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**16,547.43**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kimball Dean Strickland**                                         ,    Case No. ___**09-27942**___
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxx-xx-6905**<br><br>**Kenneth B. Fortner Jr. & Sarah Fortner**<br>**5402 South Willow Lane #B**<br>**Murray, UT 84107** | - | | | | **2008**<br>**Business debt: Lien held by Kimball Construction, LLC** | | | | **Unknown** |
| Account No. **xxx-xx-6905**<br><br>**Kevin A. Jones**<br>**5440 South Willow Lane #A**<br>**Salt Lake City, UT 84107** | - | | | | **2008**<br>**Business debt: Lien held by Kimball Construction, LLC** | | | | **Unknown** |
| Account No. **XXX-XX-6905**<br><br>**Kevin P. Sullivan**<br>**Jensen & Sulliavan, LLC.**<br>**PO Box 150612**<br>**Ogden, UT 84415** | - | | | | **2009**<br>**Complaint on behalf of Bonneville Billing & Collection** | | | | **20,000.00** |
| Account No. **xx5457**<br><br>**Knight Adjustment Bureau**<br>**404 East 4500 South, Suite 834**<br>**Salt Lake City, UT 84107** | - | | | | **2004**<br>**Collections for Mountain America Credit Union Overdrafts** | | | | **7,179.48** |
| Account No. **xxx000-1**<br><br>**Knight Adjustment Bureau**<br>**404 East 4500 South, Suite 834**<br>**Salt Lake City, UT 84107** | - | | | | **Collection account for Mountain America Credit Union credit card** | | | | **49,191.76** |

Sheet no. __**29**__ of __**63**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**76,371.24**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re　**Kimball Dean Strickland**　　　　　　　　　　　　　　　　　　Case No.　**09-27942**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　　　　Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxx0910**<br><br>**Kroy Building Products**<br>**c/o Stephen B. Elggren**<br>**7390 South Creek Road #201**<br>**Sandy, UT 84093** | - | | | | **Business debt: NOTICE ONLY (Satisfied judgment)** | | | | 37,859.61 |
| Account No. **xxx-xx-6905**<br><br>**KSTU**<br>**PO Box 677596**<br>**Dallas, TX 75267** | - | | | | **2009**<br>**NOTICE ONLY (current business vendor)** | | | | 0.00 |
| Account No. **x1434**<br><br>**KTVX Television**<br>**Lockbox 4653**<br>**Collections Center Drive**<br>**Chicago, IL 60693** | - | | | | **2008**<br>**NOTICE ONLY (current business vendor)** | | | | 0.00 |
| Account No. **xxxxx0463**<br><br>**Kyle W. Jones**<br>**420 East South Temple, Suite 470**<br>**Salt Lake City, UT 84111** | - | | | | **Complaint by Liberty Mutual Insurance Company** | | | | Unknown |
| Account No. **Kimball Construction Company**<br><br>**Larry Johnson**<br>**4825 West 2920 South**<br>**West Valley city, UT 84120** | - | | | | **Business debt: Vendor** | | | | 45,788.00 |

| | |
|---|---|
| Sheet no. __**30**__ of __**63**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page)　**83,647.61** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kimball Dean Strickland**                                                                 Case No.    **09-27942**
                                                            ,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Kimball Roofing**<br><br>**Larson Ground Maintenance**<br>**4791 South Haven Est Dr.**<br>**Heber City, UT 84032** | - | | | | **2009**<br>**NOTICE ONLY (current business vendor)** | | | | 0.00 |
| Account No. **xx8230**<br><br>**Law Offices of Marc Dann**<br>**1061 Trumball Ave. Suite A**<br>**Girard, OH 44420** | - | | | | **2008**<br>**Collections for Premier Impressions** | | | | 359.50 |
| Account No. **xx7096**<br><br>**LEIB Recovery Solutions**<br>**20000 Horizon Way, Suite 800**<br>**Mount Laurel, NJ 08054** | - | | | | **2008**<br>**Collections for The User-Friendly Phonebook** | | | | 3,360.00 |
| Account No. **xxx-xx-6905**<br><br>**Leslie A. Richardson**<br>**5384 South Willow Lane #E**<br>**Murray, UT 84107** | - | | | | **N/A**<br>**Business debt: Lien held by Kimball Construction, LLC** | | | | Unknown |
| Account No. **xxxxxx4020**<br><br>**Liberty County JP4**<br>**PO Box 141**<br>**Dayton, TX 77535** | - | | | | **2006**<br>**Judgment; Plaintiff Bhupinder Singh Gill On the Way** | | | | 2,232.00 |

Sheet no. __**31**__ of __**63**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,951.50

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kimball Dean Strickland**                                                    Case No.   **09-27942**
                                                           ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1856XXXX**<br><br>**Litton MTG Service Center**<br>**24 E Greenway PLZ #712**<br>**Houston, TX 77046-2401** | - | | **2008**<br>**Foreclosed property** | | | | 479,944.00 |
| Account No. **9823**<br><br>**Manning's**<br>**PO Box 18004**<br>**Beaumont, TX 77726-8004** | - | | **2008**<br>**Miscellaneous debt** | | | | 850.96 |
| Account No. **xxx4268**<br><br>**MEDCAH Inc.**<br>**320 Uluniu St. Ste. 5**<br>**Kailua, HI 96734** | - | | **2007**<br>**Collection account for Oceanic Time Warner** | | | | 274.00 |
| Account No. **xx2103 . . .**<br><br>**Midland Credit**<br>**8875 Aero Dr., Ste. 200**<br>**San Diego, CA 92123** | - | | **2007**<br>**Collections for Household Finance** | | | | 14,981.00 |
| Account No. **x.x555.1**<br><br>**Midway City Corporation**<br>**75 North 100 West**<br>**PO Box 277**<br>**Midway, UT 84049** | - | | **2009**<br>**NOTICE ONLY (current utilities)** | | | | 0.00 |

Sheet no. __32__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

496,049.96

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kimball Dean Strickland**                                              Case No.    **09-27942**
                                                                    ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Barbara Lassiter** <br><br> **Midway Irrigation Company** <br> **PO Box 404** <br> **Midway, UT 84049** | - | | | | **2008** <br> **NOTICE ONLY (current utilities)** | | | | 0.00 |
| Account No. **.93.1** <br><br> **Midway Sanitation District** <br> **75 North 100 West** <br> **PO Box 277** <br> **Midway, UT 84049** | - | | | | **NOTICE ONLY (current utilities)** | | | | 0.00 |
| Account No. **xx0962** <br><br> **Mister Sparky** <br> **PO Box 1992** <br> **Provo, UT 84603-1992** | - | | | | **2008** <br> **NOTICE ONLY (current business vendor)** | | | | 0.00 |
| Account No. **xx0499** <br><br> **Mister Sparky** <br> **PO Box 1992** <br> **Provo, UT 84603-1992** | - | | | | **2008** <br> **NOTICE ONLY (current business vendor)** | | | | 0.00 |
| Account No. **Kimball Construction Company** <br><br> **Money Mailer** <br> **14278 S. School House Circle** <br> **Herriman, UT 84096** | - | | | | **NOTICE ONLY (paid)** | | | | 0.00 |

Sheet no. __**33**__ of __**63**__ sheets attached to Schedule of                      Subtotal                    0.00
Creditors Holding Unsecured Nonpriority Claims                           (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kimball Dean Strickland**                                                    Case No.   **09-27942**
                                                                         ,
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. **xxx3359**<br><br>**Mountain Alarm**<br>**PO Box 12487**<br>**Ogden, UT 84412** | - | | | | **2008**<br>**Business debt: Alarm service** | | | | **60.00** |
| Account No. **xx0001 . . .**<br><br>**Mountain America Credit Union**<br>**180 E. 100 S.**<br>**Salt Lake City, UT 84139** | - | | | | **2004**<br>**Credit Card** | | | | **4,280.00** |
| Account No. **None**<br><br>**Mountain House Grill**<br>**79 East Main Street**<br>**Midway, UT 84049** | - | | | | **None**<br>**NOTICE ONLY** | X | X | X | **Unknown** |
| Account No. **SCxx-x0004**<br><br>**Mountain House Grill/Kim Macaachaln**<br>**79 East Main St.**<br>**Midway, UT 84049** | - | | | | **2008**<br>**NOTICE ONLY**<br>**Satisfied debt** | | | | **0.00** |
| Account No. **xx6497**<br><br>**Mountain Land Collections**<br>**P.O. Box 1280**<br>**American Fork, UT 84003** | - | | | | **2007**<br>**Collections for Epic Emerg Phys Integrated** | | | | **753.96** |

Sheet no. __**34**__ of __**63**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,093.96**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                               Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kimball Dean Strickland**                                                                        , Case No. **09-27942**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xx7697**<br><br>**Mountain Medical Physicians Specialist**<br>**PO Box 29684**<br>**Phoenix, AZ 85038** | - | | | | **2007**<br>**Medical** | | | | 331.50 |
| Account No. **Kimball Construction Company**<br><br>**Mountain Muffler**<br>**1495 South Industrial Parkway**<br>**Heber City, UT 84032** | - | | | | **Business debt: Vendor** | | | | 6,328.42 |
| Account No. **xxxxxxxxxxxx3661**<br><br>**Mountain West GI**<br>**6360 South 3000 East Suite 300**<br>**Salt Lake City, UT 84121-6926** | - | | | | **2008**<br>**Medical** | | | | 136.54 |
| Account No. **Civ . No. Sxxx-x0062**<br><br>**Mountain West Trailers**<br>**1470 South Hwy 40 - Unit A**<br>**Heber City, UT 84032** | - | | | | **July 16, 2008**<br>**Paid/settled**<br>**NOTICE ONLY** | | | | 0.00 |
| Account No. **xx09-73-DC**<br><br>**Mullikin, Larson & Swift LLC**<br>**PO Box 4099**<br>**Jackson, WY 83001** | - | | | | **2008**<br>**Complaint from H-K Contractors** | | | | Unknown |

Sheet no. __35__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,796.46

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kimball Dean Strickland**                                              , Case No.    **09-27942**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx-x9290**<br><br>**Murray City Corporation**<br>**Municipal Billing**<br>**5025 South State St., PO BOX 57520**<br>**Murray, UT 84157-0520** | - | | | | **Business debt (Kimball consttruciton)** | | | | **158.17** |
| Account No. **xxxxx0205**<br><br>**Murray Justice Court**<br>**688 East Vine Street**<br>**Murray, UT 84107** | - | | | | **2008**<br>**Small cloaims case for Karen Holton for Willow condos** | | | | **Unknown** |
| Account No. **xxxxxx-x3845**<br><br>**N.A.R.**<br>**10 West Broadway**<br>**Ninth Floor**<br>**Salt Lake City, UT 84101** | - | | | | **2008**<br>**Business debt** | | | | **812.10** |
| Account No. **xx5719**<br><br>**NACM Business Credit Services**<br>**7410 South Creek Road, Suite 301**<br>**Sandy, UT 84093** | - | | | | **2008**<br>**Collections for DynaQuest Technologies** | | | | **2,731.48** |
| Account No. **Kimball Roofing Energy & Maint**<br><br>**Nextel Partners**<br>**PO Box 4161**<br>**Carol Stream, IL 60197-4181** | - | | | | **Business debt** | | | | **0.00** |

Sheet no. __**36**__ of __**63**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              **3,701.75**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kimball Dean Strickland** _____,   Case No. ___**09-27942**___
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Alert xxxxxx & xx3505**<br><br>**Nexus IT Consultants**<br>**6443 Business Park Loop Road**<br>**Suite #H**<br>**Park City, UT 84098** | | - | | | **2009**<br>**Business debt: Kimball Roofing** | | | | **540.37** |
| Account No. **xxx-xx-6905**<br><br>**Nicole Perkins**<br>**5384 South Willow Lane #A**<br>**Murray, UT 84107** | | - | | | **2008**<br>**Business debt: Lien held by Kimball Construction, LLC** | | | | **Unknown** |
| Account No. **Kimball Roofing Energy & Maint**<br><br>**No Ka 'Oi Raingutters**<br>**1524 Komohana Street**<br>**Hilo, HI 96720** | | - | | | **2007**<br>**Business debt** | | | | **783.07** |
| Account No. **xx4179**<br><br>**Northern Directory Publishing**<br>**PO Box 2367**<br>**Great Falls, MT 59403** | | - | | | **2008**<br>**Business debt: Advertising for Above All Roofing** | | | | **576.40** |
| Account No. **x-xxxxx5-04-9**<br><br>**Oceanic Time Warner Cable**<br>**PO Box 30050**<br>**Honolulu, HI 96820-0050** | | - | | | **2007**<br>**Business debt: utilities** | | | | **178.20** |

Sheet no. __**37**__ of __**63**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,078.04**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kimball Dean Strickland**                                          ,   Case No. ___**09-27942**___
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxx6954**<br><br>**Office of Recovery Services**<br>**Child Support Services**<br>**P.O. Box 45011**<br>**Salt Lake City, UT 84145-0011** | - | | | | **2007**<br>**Judgment** | | | | **7,500.00** |
| Account No. **3076**<br><br>**Okahara & Olsen, MD Inc.**<br>**670 Ponahawai Street Suite 208**<br>**Hilo, HI 96720** | - | | | | **2003**<br>**Medical** | | | | **272.00** |
| Account No. **3155**<br><br>**Olsen & Olsen LLC**<br>**8142 South State Street**<br>**Midvale, UT 84047** | - | | | | **2008**<br>**Miscellaneous debt** | | | | **9,913.80** |
| Account No. **XXX-XX-6905**<br><br>**Olsen Skoubye & Nielson, LLC**<br>**999 East Murray Holladay**<br>**Suite 200**<br>**Salt Lake City, UT 84117** | - | | | | **2008**<br>**Collections for Central Bonds** | | | | **418.76** |
| Account No. **Kimball Roofing Energy & Maint**<br><br>**Pacific Guardian Life**<br>**1440 Kapiolani Blvd.**<br>**Suite 1700**<br>**Honolulu, HI 96814** | - | | | | **Business debt** | | | | **1,002.39** |

Sheet no. __**38**__ of __**63**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**19,106.95**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kimball Dean Strickland**                              ,    Case No.    **09-27942**
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **x9969**<br><br>Pacific Radio Group<br>PO Box 31000<br>Honolulu, HI 96849-5558 | - | | | | **2007**<br>**Business debt for Kimball Roofing** | | | | 645.83 |
| Account No. **OAH06**<br><br>Paradise Yellow Pages<br>PO Box 30125<br>Honolulu, HI 96820 | - | | | | **2007**<br>**Business debt for Kimball Crane Rentals** | | | | 908.50 |
| Account No. **(Cxxxx83) OAH07**<br><br>Paradise Yellow Pages<br>PO Box 30125<br>Honolulu, HI 96820 | - | | | | **2007**<br>**Business debt for Kimball Roofing Energy & Maintenance** | | | | 17,677.00 |
| Account No. **(Cxxxx05) HAW07**<br><br>Paradise Yellow Pages<br>PO Box 30125<br>Honolulu, HI 96820 | - | | | | **2007**<br>**Business debt for Kimball Roofing Energy & Maintenance** | | | | 5,999.00 |
| Account No. **xxx-xx-6905**<br><br>Paradise Yellow Pages<br>PO Box 30125<br>Honolulu, HI 96820 | - | | | | **Business debt** | | | | 3,929.14 |

Sheet no. **39** of **63** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **29,159.47**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kimball Dean Strickland**                                          Case No.    **09-27942**
                                                        ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Crane** | | | - | | Business debt | | | | |
| Paradise Yellow Pages PO Box 30125 Honolulu, HI 96820 | | | | | | | | | 310.00 |
| Account No. **Trailer parts** | | | - | | Business debt | | | | |
| Paradise Yellow Pages PO Box 30125 Honolulu, HI 96820 | | | | | | | | | 310.00 |
| Account No. **xxxx6755** | | | - | | 2008 NOTICE ONLY  (paid) | | | | |
| Parking Services Attn: Collection Dept. 4739 University Way NE, #1646 Seattle, WA 98105-4492 | | | | | | | | | 0.00 |
| Account No. **xxx-xx-6905** | | | - | | 2008 Business debt: Lien held by Kimball Construction, LLC | | | | |
| Patricia Warnock 5402 South Willow Lane #E Murray, UT 84107 | | | | | | | | | Unknown |
| Account No. **None** | | | - | | None NOTICE ONLY | X | X | X | |
| Paul Hooker 180 Zermat Strasse Park City, UT 84098 | | | | | | | | | 0.00 |

Sheet no. __**40**__ of __**63**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          620.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kimball Dean Strickland**                                          ,   Case No.   **09-27942**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx1000 DC**<br><br>Peterson & Nykamp<br>5383 S. 900 E.<br>Suite 103<br>Salt Lake City, UT 84117 | | - | **2008**<br>**Collection account for Workers Compensation Fund** | | | | **Unknown** |
| Account No. **xx9265**<br><br>Phone Directories Co.<br>PO Box 2277<br>Orem, UT 84059-2277 | | - | **2008**<br>**Business debt for Kimball Roofing** | | | | **39,447.52** |
| Account No. **xx7500**<br><br>Phone Directories Co.<br>PO Box 2277<br>Orem, UT 84059-2277 | | - | **2008**<br>**Business debt for Above All Roofing** | | | | **3,161.70** |
| Account No. **XXX-XX-6905**<br><br>Picks Inc.<br>2016 E. 5290 S.<br>Salt Lake City, UT 84117 | | - | **2008**<br>**Collections** | | | | **350.00** |
| Account No. **Kimball Roofing**<br><br>Precision Auto & Truck<br>4754 South Riverside Drive<br>Murray, UT 84123 | | - | **2009**<br>**Business debt** | | | | **2,176.89** |

Sheet no. __41__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**45,136.11**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kimball Dean Strickland**                                                                    Case No.    **09-27942**
                                                                                    ,
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Kimball Construction Company**<br><br>**Precision Truck and Trailer**<br>**1220 South Pioneer Road**<br>**Salt Lake City, UT 84104** | | - | | | Business debt: Vendor | | | | 383.80 |
| Account No. **xx9477**<br><br>**Premier Impressions**<br>**2921 Ave. E.**<br>**East**<br>**Arlington, TX 76011** | | - | | | Business debt | | | | 1,438.00 |
| Account No. **x-xxxxx5-04-9**<br><br>**Progressive Financial Services**<br>**PO Box 22083**<br>**Tempe, AZ 85285** | | - | | | 2008<br>Collections for MEDCAH Incorporated | | | | 275.12 |
| Account No. **xxxxxx9144**<br><br>**Questar Gas**<br>**PO Box 45841**<br>**Salt Lake City, UT 84139** | | - | | | 2009<br>NOTICE ONLY (current utilities) | | | | 0.00 |
| Account No. **xxxxxx4217**<br><br>**Questar Gas**<br>**PO Box 45841**<br>**Salt Lake City, UT 84139** | | - | | | 2009<br>NOTICE ONLY (current utilities) | | | | 0.00 |

Sheet no. __42__ of __63__ sheets attached to Schedule of                     Subtotal                     2,096.92
Creditors Holding Unsecured Nonpriority Claims                     (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kimball Dean Strickland**                                              , Case No.    **09-27942**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Cxxxx4655** <br><br> Quilll Corporation <br> PO Box 37600 <br> Philadelphia, PA 19101-0600 | - | | **2009** <br> **Business debt for Kimball Construction** | | | | 359.26 |
| Account No. **Kimball** <br><br> Quinn Bee Services <br> 201 East 13560 South <br> Draper, UT 84020 | - | | **2009** <br> **NOTICE ONLY (current business vendor; Kimball Construction)** | | | | 0.00 |
| Account No. **xxx-xxx-xxx2 371B** <br><br> Qwest <br> PO Box 29040 <br> Phoenix, AZ 85038-9040 | - | | **2009** <br> **NOTICE ONLY (current business utilities; Kimball Construction)** | | | | 0.00 |
| Account No. **xxx-xxx-xxx9 475B** <br><br> Qwest <br> PO Box 29040 <br> Phoenix, AZ 85038-9040 | - | | **2008** <br> **NOTICE ONLY (current business utilities; Kimball Construction)** | | | | 0.00 |
| Account No. **xxx-xxx-xxx1 979B** <br><br> Qwest <br> PO Box 29040 <br> Phoenix, AZ 85038-9040 | - | | **2008** <br> **NOTICE ONLY (current business utilities; Kimball Construction)** | | | | 0.00 |

Sheet no. __43__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **359.26**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kimball Dean Strickland**                                    ,      Case No.      **09-27942**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxx-xxx-xxx8 332B**<br><br>Qwest<br>PO Box 29040<br>Phoenix, AZ 85038-9040 | - | | | | 2008<br>NOTICE ONLY (current business utilities; Kimball Construction) | | | | 0.00 |
| Account No. **xxx-xxx-xxx8 377B**<br><br>Qwest<br>PO Box 29040<br>Phoenix, AZ 85038-9040 | - | | | | 2008<br>NOTICE ONLY (current business utilities; Kimball Construction) | | | | 0.00 |
| Account No. **xxx xxx-xxx0 365**<br><br>Qwest<br>PO Box 29040<br>Phoenix, AZ 85038-9040 | - | | | | NOTICE ONLY (current business utilities; Kimball Construction) | | | | 0.00 |
| Account No. **xxx-xxx-xxx3 088B**<br><br>Qwest<br>PO Box 29040<br>Phoenix, AZ 85038-9040 | - | | | | 2007<br>NOTICE ONLY (current business utilities; Kimball Construction) | | | | 0.00 |
| Account No. **xxx-xxx-3223F**<br><br>Qwest<br>PO Box 29040<br>Phoenix, AZ 85038-9040 | - | | | | 2008<br>NOTICE ONLY (current business utilities; Kimball Construction) | | | | 0.00 |

Sheet no. **44** of **63** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kimball Dean Strickland**                                                    ,   Case No.   **09-27942**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxx-xxx-xxx8 369** | | | - | | **2009** **NOTICE ONLY (current business utilities; Kimball Construction)** | | | | |
| **Qwest** **PO Box 29040** **Phoenix, AZ 85038-9040** | | | | | | | | | **0.00** |
| Account No. **xxxx9040** | | | - | | **2007** **Business debt for Kimball Construction Co.** | | | | |
| **R. Jorgenson Company** **2895 South 300 West** **Salt Lake City, UT 84115** | | | | | | | | | **1,582.95** |
| Account No. **xxx-xx-6905** | | | - | | **2008** **Business debt: Lien held by Kimball Construction, LLC** | | | | |
| **Rachel J. Teater** **5440 South Willow Lane #C** **Murray, UT 84107** | | | | | | | | | **Unknown** |
| Account No. **xx4776** | | | - | | **2007** **Collections for Yellow Book Usa** | | | | |
| **Rauch-Milliken International Inc.** **PO Box 8390** **Metairie, LA 70011-8390** | | | | | | | | | **4,284.61** |
| Account No. **Kimball Roofing Energy & Maint** | | | - | | **2007** **Business debt** | | | | |
| **Reed Bus Info** **c/o Coface Collections North America** **PO Box 8510** **Metairie, LA 70011-8510** | | | | | | | | | **829.80** |

Sheet no. __**45**__ of __**63**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,697.36**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

8/11/09  9:15PM

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kimball Dean Strickland** , Case No. **09-27942**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1156**<br><br>**Reed Construction Data<br>PO Box 2241<br>Carol Stream, IL 60132-2241** | - | | **2007<br>Business debt** | | | | 367.46 |
| Account No. **xxxxx6559**<br><br>**Richard B. Frandsen<br>7109 South Highland Drive<br>Brighton Plaza, Suite 204<br>Salt Lake City, UT 84121-7316** | - | | **2008<br>Collections for Yellow Book NAFP** | | | | 21,389.17 |
| Account No. **Kimball Construction Company**<br><br>**Richard Wayman<br>PO Box 24<br>Fountain Green, UT 84632** | - | | **Business debt: Vendor** | | | | 1,845.32 |
| Account No. **xxxxx3917**<br><br>**Richards Sheet Metal<br>2680 Industrial Drive<br>Ogden, UT 84401-3299** | - | | **2001<br>Business debt: Judgment** | | | | 62,419.90 |
| Account No. **xxxx5040**<br><br>**RMS<br>4836 Brecksville Rd.<br>PO Box 509<br>Richfield, OH 44286** | - | | **2009<br>Collection account  for IDCSERVCO** | | | | 390.88 |

| | | |
|---|---|---|
| Sheet no. **46** of **63** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 86,412.73 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kimball Dean Strickland** _____,   Case No. ___**09-27942**___
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx6559-WD** <br><br> **RMS** <br> **PO Box 5471** <br> **Mount Laurel, NJ 08054** | - | | **2007** <br> **Business debt: Collection account or Paradise Media Oahu 2007 book** | | | | **21,389.17** |
| Account No. **xxx-xx-6905** <br><br> **Robert A. Hawkes, TR** <br> **5390 South Willow Lane #E** <br> **Salt Lake City, UT 84107** | - | | **2008** <br> **Business debt: Lien held by Kimball Construction, LLC** | | | | **Unknown** |
| Account No. **xxx-xx-6905** <br><br> **Robert M. Carboni** <br> **5402 South Willow Lane #A** <br> **Salt Lake City, UT 84107** | - | | **2008** <br> **Business debt: Lien held by Kimball Construction, LLC** | | | | **Unknown** |
| Account No. <br><br> **Rocky Mountain Builders** <br> **John Konoske** <br> **4000 Bus Lane** <br> **Laurel, MT 59044** | - | | **Business debt** | | | | **9,000.00** |
| Account No. **xxxxxxxx-0017** <br><br> **Rocky Mountain Power** <br> **PO Box 25308** <br> **Salt Lake City, UT 84125** | - | | **2009** <br> **NOTICE ONLY (current utilities)** | | | | **0.00** |

Sheet no. __**47**__ of __**63**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **30,389.17**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Kimball Dean Strickland_____,   Case No. ___09-27942_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Axxxx & A7471**<br><br>**Rocky Mountain Title Insurance**<br>**1100 Pine Avenue Suite 2A**<br>**PO Box 1042**<br>**Kemmerer, WY 83101** | - | | | | 12/2008<br>**NOTICE ONLY (current business vendor)** | | | | 0.00 |
| Account No. **Cash account**<br><br>**Roofers Supply**<br>**3359 South 500 West**<br>**Salt Lake City, UT 84115** | - | | | | 2000<br>**Business debt: Supplies. Debtor disputes that this claim is secured.** | | | X | 1,100,000.00 |
| Account No. **xx3083**<br><br>**RSI Roofing & Building Supply**<br>**73-4222 Hulikoa Dr.**<br>**Kailua Kona, HI 96740** | | | | | 2008<br>**Business debt for Kimball Roofing Energy & Maintenance** | | | | 1,639.44 |
| Account No. **XXX-XX-6905**<br><br>**Ryan K. Inc.**<br>**200 Kanoelehua Avenue**<br>**PMB 387**<br>**Hilo, HI 96720** | | | | | 2007<br>**Business debt for Kimball's Roofing Energy & Maintenance** | | | | 465.62 |
| Account No. **Kimball Construction Company**<br><br>**S. Wayne Corporation**<br>**3357 South Main Street**<br>**Salt Lake City, UT 84115** | - | | | | **NOTICE ONLY (current business vendor)** | | | | 0.00 |

Sheet no. __48__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,102,105.06

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kimball Dean Strickland**                                          ,       Case No.   **09-27942**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. <br><br>**Sai Baba Hawaii, LLC** <br>**120 Keawe Street, Suite 204** <br>**Hilo, HI 96720** | - | | | | **Business debt: Lease** | | | | 0.00 |
| Account No. **xxxxx6954** <br><br>**Salt Lake 3rd District Court** <br>**240 E. 400 S.** <br>**Salt Lake City, UT 84111** | - | | | | **2007** <br>**Judgment; Plaintiff Afton Thomas** | | | | 20,421.00 |
| Account No. **Kimball Construction Company** <br><br>**Schmidt Signs** <br>**1265 South 300 West** <br>**Salt Lake City, UT 84101-3048** | - | | | | **Business debt: Vendor** | | | | 1,807.62 |
| Account No. **xxxxx0427** <br><br>**Scott Denton Homes, LLC** <br>**c/o Miller Vance & Thompson** <br>**PO Box 682800** <br>**Park City, UT 84068** | - | | | | **Business debt** | | | | Unknown |
| Account No. **548 . . .** <br><br>**Security Check LLC** <br>**2612 Jackson Ave. W** <br>**Oxford, MS 38655** | - | | | | **2005** <br>**Collections for Chilis #913-0010050913** | | | | 67.00 |

Sheet no. __49__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

22,295.62

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kimball Dean Strickland**                                      ,      Case No. _____**09-27942**_____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx6864**<br><br>**Senske LawnLife**<br>**400 N. Quay, Dept SLC**<br>**Kennewick, WA 99336** | - | | **2008**<br>**Business debt for Kimball Roofing** | | | | **Unknown** |
| Account No. **xxx-xx-6905**<br><br>**Sherman D. Fox & Mary-Anne Fox TRS**<br>**4267 South Camille Street**<br>**Holladay, UT 84124** | - | | **2008**<br>**Business debt: Lien held by Kimball Construction, LLC** | | | | **Unknown** |
| Account No. **xxxxx0148**<br><br>**Shirley S. Miller**<br>**2750 Holladay Ranch Loop Road**<br>**Park City, UT 84060** | - | | **2006**<br>**Judgment** | | | | **7,468.50** |
| Account No. **XXX-XX-6905**<br><br>**Skynet Hawaii-KBGX-KKOA-KIPA**<br>**74-5605 Luhia St.#B-7**<br>**Kailua Kona, HI 96740** | - | | **20078**<br>**Business debt for Kimball Roofing** | | | | **1,371.88** |
| Account No. **x2885 Strickland**<br><br>**Smart Clinic**<br>**10011 So Centennial Prkwy #500**<br>**Sandy, UT 84070** | - | | **2007**<br>**Medical** | | | | **175.32** |

Sheet no. __**50**__ of __**63**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                             **9,015.70**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kimball Dean Strickland** , Case No. **09-27942**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Kimball Roofing Energy & Maint** | | - | | | **Business debt** | | | | |
| Solarman PO Box 10689 Hilo, HI 96721 | | | | | | | | | 156.25 |
| Account No. **xxxx0743** | | - | | | **2008** **Collection for Entergy TX** | | | | |
| Southern Collection System PO Box 25006 Little Rock, AR 72221-5006 | | | | | | | | | 164.89 |
| Account No. **xxxxxx7277** | | - | | | **2008** **Collection account for Intergy Texas** | | | | |
| Southern Collection System PO Box 25006 Little Rock, AR 72221-5006 | | | | | | | | | 62.88 |
| Account No. **Civil No. xxxxx0589** | | - | | | **2008** | | | | |
| Southwestern Bell Yellow Pages 440 Lousianna Ste. 718 Houston, TX 77002 | | | | | | | | | Unknown |
| Account No. **XXX-XX-6905** | | | | | **2008** **NOTICE ONLY (current business vendor; Kimball Construction)** | | | | |
| Speedy Towing 3379 South 500 West Salt Lake City, UT 84115 | | | | | | | | | 0.00 |

Sheet no. __51__ of __63__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | **384.02**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kimball Dean Strickland**                                                    Case No.   **09-27942**
_____,
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxx2289**<br><br>**Sprint**<br>**PO Box 4181**<br>**Carol Stream, IL 60197-4181** | | - | | | **2008**<br>**Business debt for Kimball Roofing Energy & Maintenance** | | | | 925.52 |
| Account No. **xxx3-000**<br><br>**SRL & Associates, Inc.**<br>**PO Box 508**<br>**Draper, UT 84020-0508** | | - | | | **2008**<br>**Collections for Evolution Services, Inc.** | | | | 14,304.50 |
| Account No. **Kimball Construction Company**<br><br>**Star Valley Disposal, LLC**<br>**c/o Bonneville Collections**<br>**PO Box 150621**<br>**Ogden, UT 84415** | | - | | | **Business debt: Vendor** | | | | 0.00 |
| Account No. **xx-xxx0-607**<br><br>**State Farm Insurance Co.**<br>**PO Box 339409**<br>**Greeley, CO 80633** | | - | | | **2008**<br>**Claim by Jeff Matson, unit owner at Willows Condos** | | | | Unknown |
| Account No. **CLB-xxxx-0256-L**<br><br>**State of Hawaii**<br>**Regulated Indsutries Complaints**<br>**235 South Beretania St., Ninth Floor**<br>**Honolulu, HI 96813** | | - | | | **2007**<br>**Complaint by Jerelyn Hamme** | | | | Unknown |

Sheet no. __**52**__ of __**63**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,230.02

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kimball Dean Strickland** , Case No. **09-27942**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Kimball Construction Company**<br><br>Stepan Lewis & Paxman, LC<br>7410 S. Creek Road, Suite 100<br>Sandy, UT 84093 | - | | | | Z01769-001<br>**Business debt: Vendor** | | | | 3,709.87 |
| Account No. **xxx-xx-6905**<br><br>Stephen & Melissa Voorhees<br>5402 South Willow Lane #C<br>Murray, UT 84107 | - | | | | 2008<br>**Business debt: Lien held by Kimball Construction, LLC** | | | | Unknown |
| Account No. **Kimball Construction Company**<br><br>Stephen B. Elggren<br>7390 South Creek Road #201<br>Sandy, UT 84093 | - | | | | **Business debt: Collection account for Yellow Book USA** | | | | 4,130.84 |
| Account No. **xxx-xx-6905**<br><br>Steven D. Winslow<br>5396 South Willow Lane #C<br>Murray, UT 84107 | - | | | | 2008<br>**Business debt: Lien held by Kimball Construction, LLC** | | | | Unknown |
| Account No. **x0351HACTIVE**<br><br>Summerlin Life & Health Insurance Co.<br>c/o Central Pacific Bank<br>PO Box 1120<br>Honolulu, HI 96807-1120 | - | | | | 2008<br>**Business debt for Kimball Roofing Energy & Maintenance** | | | | 599.65 |

Sheet no. __53__ of __63__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **8,440.36**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037 | Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kimball Dean Strickland**                                         Case No.   **09-27942**
                                                                    ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx8-001**<br><br>**Swensen & Andersen PLLC**<br>**136 South Main Street, Suite 318**<br>**Salt Lake City, UT 84101** | - | | | | **2009**<br>**Legal services** | | | | 8,791.34 |
| Account No. **N/A**<br><br>**Sylva Hammer**<br>**134 Kaiulani Street**<br>**Hilo, HI 96720** | - | | | | **2006**<br>**NOTICE ONLY** | | | | 0.00 |
| Account No. **xxxx-x0010**<br><br>**T&J Services, LLC**<br>**PO Box 345**<br>**Randolph, UT 84064** | - | | | | **2008**<br>**Miscellaneous debt**<br>**Judgment** | | | | 7,186.71 |
| Account No. **xxxxxxxxx-xx-5067**<br><br>**T-Mobile**<br>**PO Box 660252**<br>**Dallas, TX 75266-0252** | - | | | | **Business debt: Wireless utility** | | | | 1,687.02 |
| Account No. **xxx-xx-6905**<br><br>**T. James & Wanda E. Lowther**<br>**2100 North Bear Lake Blvd**<br>**Garden City, UT 84028-9707** | - | | | | **2008**<br>**Business debt: Lien held by Kimball Construction, LLC** | | | | Unknown |

Sheet no. **54** of **63** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    17,665.07

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kimball Dean Strickland**                                              ,    Case No. ____**09-27942**____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Kimball Construction Company**<br><br>**Taylor Metals**<br>**3796 Turner Road SE**<br>**Salem, OR 97302** | - | | | **Business debt** | | | | **88.77** |
| Account No. **xxxx0659**<br><br>**Terri Santy and Ken Spelman**<br>**c/o Hofeling Wayment Marchant LLP**<br>**PO Box 1808**<br>**Cedar City, UT 84721** | - | | | **Business debt** | | | | **Unknown** |
| Account No. **xxxxx4521**<br><br>**The Leavitt Group of Park City**<br>**PO Box 682770**<br>**Park City, UT 84068** | - | | | **2009**<br>**NOTICE ONLY (current business vendor; Kimball Construction)** | | | | **0.00** |
| Account No. **xx3420**<br><br>**The Local Pages**<br>**4910 W. Amelia Earhart Dr.**<br>**Salt Lake City, UT 84116** | - | | | **2008**<br>**Business debt for Above All Roofing** | | | | **242.40** |
| Account No. **xxx-xx-6905**<br><br>**The Willows Home Owners Association**<br>**5518 Willow Lane**<br>**Murray, UT 84107** | - | | | **Civil Action** | X | X | X | **42,000.00** |

Sheet no. __**55**__ of __**63**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**42,331.17**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kimball Dean Strickland**                                               , Case No. _____**09-27942**_____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxx-xx-6905**<br><br>**Thomas Green III & Krissi Green**<br>**5440 South Willow Lane #F**<br>**Murray, UT 84107** | - | | | | **2008**<br>**Business debt: Lien held by Kimball Construction, LLC** | | | | **Unknown** |
| Account No. **x7600**<br><br>**Tourist Transmission**<br>**1016 South State Street**<br>**Salt Lake City, UT 84111** | - | | | | **2008**<br>**Miscellanesous debt for Kimball Roofing LLC** | | | | **1,976.69** |
| Account No. **Kimball Construction Company**<br><br>**TRA Mage**<br>**1657 South 580 East**<br>**American Fork, UT 84003** | - | | | | **Business debt** | | | | **491.09** |
| Account No. **xxx-xx-6905**<br><br>**Travis J. Black**<br>**PO Box 1146**<br>**Kapaau, HI 96755** | - | | | | **2008**<br>**Business debt: Lien held by Kimball Construction, LLC** | | | | **Unknown** |
| Account No. **Kimball Construction Company**<br><br>**True North Estimating Systems, Ltd.**<br>**100 Broadview Avenue, Suite 410**<br>**Toronto, Ontario M4M 3H3**<br>**Canada** | - | | | | **2008**<br>**Business debt** | | | | **2,790.00** |

Sheet no. __**56**__ of __**63**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **5,257.78**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kimball Dean Strickland**                                                          ,        Case No.   **09-27942**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx8246**<br><br>**UPS Freight**<br>**28013 Network Place**<br>**Chicago, IL 60673-1280** | - | | **2008**<br>**Business debt for Kimball Construction** | | | | 398.04 |
| Account No. **xxxx2303**<br><br>**US Bank**<br>**PO Box 5227**<br>**CN-OH-W15**<br>**Cincinnati, OH 45202-5227** | - | | **March 1995**<br>**Revolving credit account** | | | | 4,328.00 |
| Account No. **Hxxxx3729**<br><br>**US Fire Insurance Company**<br>**PO Box 30280**<br>**Honolulu, HI 96820-0280** | - | | **2007**<br>**Service of fire extinguishers** | | | | 750.00 |
| Account No. **Kimball Construction Company**<br><br>**USF Reddaway**<br>**26401 Network Place**<br>**Chicago, IL 60673-1264** | - | | **Business debt** | | | | 1,314.00 |
| Account No. **Kimball Construction Company**<br><br>**Vals Alignment & Brake Inc.**<br>**3435 S. West Temple**<br>**Salt Lake City, UT 84115-4327** | - | | **2008**<br>**Business debt** | | | | 865.74 |

Sheet no. **57** of **63** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **7,655.78**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kimball Dean Strickland**                                    , Case No. _____**09-27942**_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-6905** <br><br> **Veda J. Truman** <br> **5440 South Willow Lane #B** <br> **Murray, UT 84107** | | - | | | **2008** <br> **Business debt: Lien held by Kimball Construction, LLC** | | | | **Unknown** |
| Account No. **Kimball Construction Company** <br><br> **Verizon** <br> **PO Box 9622** <br> **Mission Hills, CA 91346-9622** | | - | | | **NOTICE ONLY (current business utilities; Kimball Construction)** | | | | **0.00** |
| Account No. **Kimball Roofing Energy & Maint** <br><br> **Vertical Technologies** <br> **328 Kalihi Street** <br> **Honolulu, HI 96819** | | - | | | **Business debt** | | | | **298.43** |
| Account No. **xxx-xxx-9-991** <br><br> **Vista Imaging Supplies, Inc.** <br> **12021 Wilshire Blvd., Suite 546** <br> **Los Angeles, CA 90025** | | - | | | **2009** <br> **Business debt for Kimball Construction** | | | | **500.46** |
| Account No. **430** <br><br> **VSP Investments, L.C.** <br> **9829 Granite Slope Drive** <br> **Sandy, UT 84092** | | - | | | **2009** <br> **NOTICE ONLY (current business lease)** | | | | **0.00** |

Sheet no. __**58**__ of __**63**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**798.89**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kimball Dean Strickland**                                           ,   Case No. ___**09-27942**___
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxx-xx-6905**<br><br>VSP Investments, L.C.<br>9829 Granite Slope Drive<br>Sandy, UT 84092 | | - | | | NOTICE ONLY (current business lease) | | | | 0.00 |
| Account No. **SCxx-0015**<br><br>Wasatch County Small Claims Court<br>75 North Main<br>Heber City, UT 84032 | | - | | | 2009<br>Mountain Muffler small claims case | | | | 4,587.73 |
| Account No. **xx.xxxxx3025**<br><br>Wasatch County Solid Waste Disiposal<br>1891 West 3000 South<br>PO Box 69<br>Heber City, UT 84032 | | - | | | 2009<br>NOTICE ONLY (current business vendor) | | | | 0.00 |
| Account No. **xxxxx0154**<br><br>Wasatch District Court<br>25 N Main St<br>Heber City, UT 84032 | | - | | | 2008<br>Judgment: Plaintiff Office of Recovery Services | | | | 9,500.00 |
| Account No. **KCC.0001**<br><br>Wave Publishing<br>165 South 100 West<br>Heber City, UT 84032 | | - | | | 2008<br>Miscellaneous debt | | | | 753.06 |

Sheet no. __**59**__ of __**63**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,840.79

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Kimball Dean Strickland**                                    , Case No. **09-27942**
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **x2487**<br><br>**Weather Guard**<br>**4850 Moline Street**<br>**Denver, CO 80239** | | - | | | **2006**<br>**Business debt (Kimball Roofing Energy & Maintenance)** | | | | 545.85 |
| Account No. **11097**<br><br>**Weatherground Building Products**<br>**4850 Moline Street**<br>**Denver, CO 80239** | | - | | | **Business debt: Kimball Construction** | | | | 366.63 |
| Account No. **xxxxxx4026**<br><br>**Wells Fargo**<br>**PO BOX 720**<br>**Salt Lake City, UT 84110** | | - | | | **2009**<br>**Overdrawn** | | | | 713.31 |
| Account No. **xxxxx2604**<br><br>**West Asset Management**<br>**PO Box 956842**<br>**Saint Louis, MO 63195** | | - | | | **2009**<br>**Collection account for Qwest** | | | | 470.63 |
| Account No. **xxxxx6554**<br><br>**West Jordan Justice CT#2**<br>**8080 S Redwood Road Ste 17**<br>**West Jordan, UT 84088** | | - | | | **2005**<br>**Judgment; Plaintff Knight Adjustment Bureau** | | | | 6,065.55 |

Sheet no. __60__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,161.97

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kimball Dean Strickland** , Case No. **09-27942**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxx3641** | | | | | **2002** Judgment; Plaintiff First National Bank | | | | |
| West Jordan Justice CT#2 8080 S Redwood Road Ste 17 West Jordan, UT 84088 | - | | | | | | | | 12,650.00 |
| Account No. **xxx-xx-6905** | | | | | **NOTICE ONLY** | | | | |
| White Water Properties 7829 South Keswick Road Sandy, UT 84093 | - | | | | | | | | 0.00 |
| Account No. **xxxxx0300** | | | | | **2009** For John Maclachlan | | | | |
| Wilcox Law PLLC PO Box 945 Park City, UT 84060 | - | | | | | | | | Unknown |
| Account No. **xxx-xx-6905** | | | | | **2008** Business debt: Lien held by Kimball Construction, LLC | | | | |
| William R. Johnson 5440 South Willow Lane #E Salt Lake City, UT 84107 | - | | | | | | | | Unknown |
| Account No. **xxxxx3202** | | | | | **2007** Business debt: Judgment | | | | |
| XanGo, LLC Patrick V. Lindsay 2912 W. Executive Parkway Lehi, UT 84043 | - | | | | | | | | 3,780.88 |

Sheet no. **61** of **63** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)

16,430.88

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kimball Dean Strickland**                                          ,     Case No. _____**09-27942**_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **None**<br><br>Yahavah Mathison<br>4160 Jade Street, #56<br>Capitola, CA 95010 | - | | April 5, 2007<br>Breached lease option | | | | 350,000.00 |
| Account No. **9580**<br><br>Yellow Book USA<br>PO Box 30125<br>Honolulu, HI 96820 | - | | Business debt: advertising for Kimball Crane Rentals | | | | 21,389.17 |
| Account No. **9582**<br><br>Yellow Book USA<br>PO Box 30125<br>Honolulu, HI 96820 | - | | 2007<br>Business debt: Kimball Roofing Energy & Maintenance LLC | | | | 17,677.00 |
| Account No. **Sx3192**<br><br>YESCO<br>2401 Foothill Drive<br>Salt Lake City, UT 84109 | - | | NOTICE ONLY (current business vendor) | | | | 0.00 |
| Account No. **Kimball Construction Company**<br><br>Young Electric Sign Company<br>PO Box 11676<br>Tacoma, WA 98411-6676 | - | | NOTICE ONLY (current business vendor) | | | | 0.00 |

Sheet no. __**62**__ of __**63**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

389,066.17

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kimball Dean Strickland**                                    ,    Case No.    **09-27942**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-6905**<br><br>**Z-Farm LLC**<br>**2871 Highway Cw**<br>**Watertown, WI 53094** | - | | Business debt | | | | 1,882.77 |
| Account No. **xxxxx1873**<br><br>**Zions Bank**<br>**P.O. Box 30709**<br>**Salt Lake City, UT 84130-0709** | - | | Overdrawn checking account | | | | 1,814.66 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __63__ of __63__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,697.43**

Total
(Report on Summary of Schedules)    **4,983,692.34**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re      **Kimball Dean Strickland**                                              ,      Case No.      **09-27942**
                                                                                         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Barbara Lassiter**<br>**96 East Kaysville Court**<br>**Draper, UT 84020** | **Lease of commercial office/residence** |
| **Sai Baba Hawaii, LLC**<br>**120 Keawe Street, Suite 204**<br>**Hilo, HI 96720** | **Commercial lease agreement between Sai Baba Hawaii, LLC and Hawaii Tanning, LLC** |
| **VSP Investments, L.C.**<br>**9829 Granite Slope Drive**<br>**Sandy, UT 84092** | **Lease of business premises at 8461 South 700 West, Sandy, UT 84047** |
| **White Water Properties**<br>**7829 South Keswick Road**<br>**Sandy, UT 84093** | **Debtor's rental home** |
| **Yahavah Mathison**<br>**4160 Jade Street #56**<br>**Capitola, CA 95010** | **Lease of real property located at 15-2019 8th Ave. HPP, Keaau, HI 96749 with purchase option. Lease term terminates April 5, 2012. Monthly payment so f$2,350.** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

.

In re    **Kimball Dean Strickland**                                                    ,    Case No.    **09-27942**
                                         Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6I (Official Form 6I) (12/07)

In re **Kimball Dean Strickland** _____  Case No. __**09-27942**_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Self-employed contractor** | |
| Name of Employer | **Kimball Construction Company LLC** | |
| How long employed | **20 years** | |
| Address of Employer | **93 West Main Street**<br>**Midway, UT 84049** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **2,167.00** | $ | **N/A** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **N/A** |
| 3. SUBTOTAL | $ | **2,167.00** | $ | **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | **528.00** | $ | **N/A** |
|     b. Insurance | $ | **0.00** | $ | **N/A** |
|     c. Union dues | $ | **0.00** | $ | **N/A** |
|     d. Other (Specify):    **Child support** | $ | **983.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **1,511.00** | $ | **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **656.00** | $ | **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **220.00** | $ | **N/A** |
| 8. Income from real property | $ | **0.00** | $ | **N/A** |
| 9. Interest and dividends | $ | **0.00** | $ | **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **N/A** |
| 11. Social security or government assistance (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 12. Pension or retirement income | $ | **0.00** | $ | **N/A** |
| 13. Other monthly income (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **220.00** | $ | **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **876.00** | $ | **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **876.00** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None. Debtor draws approximately $220 on average monthly from Kimbal Construction Company to cover his monthly monthly expenses**

B6J (Official Form 6J) (12/07)

In re  **Kimball Dean Strickland**                                           Case No.  **09-27942**
_____                                    _____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 0.00 |
| a. Are real estate taxes included? | Yes ___  No **X** | |
| b. Is property insurance included? | Yes ___  No **X** | |
| 2. Utilities: a. Electricity and heating fuel | | $ 200.00 |
| b. Water and sewer | | $ 0.00 |
| c. Telephone | | $ 60.00 |
| d. Other | | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 0.00 |
| 4. Food | | $ 300.00 |
| 5. Clothing | | $ 10.00 |
| 6. Laundry and dry cleaning | | $ 0.00 |
| 7. Medical and dental expenses | | $ 20.00 |
| 8. Transportation (not including car payments) | | $ 180.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 0.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 0.00 |
| b. Life | | $ 0.00 |
| c. Health | | $ 0.00 |
| d. Auto | | $ 106.00 |
| e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 0.00 |
| b. Other | | $ 0.00 |
| c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other | | $ 0.00 |
| Other | | $ 0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and,  $  876.00
if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ 876.00 |
| b. | Average monthly expenses from Line 18 above | $ 876.00 |
| c. | Monthly net income (a. minus b.) | $ 0.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Utah

In re   **Kimball Dean Strickland**                                       Case No.   **09-27942**

_____

                                            Debtor(s)              Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **85** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **August 11, 2009**                          Signature   **/s/ Kimball Dean Strickland**

                                                                  **Kimball Dean Strickland**
                                                                  Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## District of Utah

In re   **Kimball Dean Strickland**                                                    Case No.   **09-27942**

                                                  Debtor(s)                        Chapter   **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$24,000.00** | **Year 2007 gross income (estimated gross income $2000 per month for 12 months)** |
| **$24,000.00** | **Year 2008 gross income (estimated gross income $2000 per month for 12 months)** |
| **$16,709.00** | **Year 2009 gross YTD (January 1 to July 30, 2009 = $2387 per month)** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                              SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.  *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Afton Thomas vs. Kimball Strickland Case No. 060916954** | | **Third District Court, State of Utah** | **Judgment** |
| **Kimball Construction LLC and Kimball Strickland vs. Mountain House Grill and Kim Macaachaln (Civil no. SC09-00004)** | **Small claims** | **Wasatch County Justice Court** | |

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Homecoming Financial, LLC fka Homecoming Financial Network, Inc.vs. Kimball D.Strickland; K& S Properties LC; USA Internal Revenue Service; et al; Civil no.07-1-0247** | **Foreclosure** | **Circuit Court of the Third Circuit, State of Hawaii** | |
| **Kimball Strickland vs. Denise Strickland Civil no. 054902473** | **Divorce** | **Third Judicial District Court, Salt Lake County, State of Utah** | **Divorce Decree** |
| **Byron Cassill and Angela Cassill v. Gayle S. Russell, Kimball Strickland, and Kimball Roofing Energy and Maintenance, Inc.; Civil no. 086906563** | | **Third Judicial District Court, Salt Lake County, State of Utah** | **Default judgment/writ of garnishment** |
| **Bhupinder Singh Gill, On the Way Exxon vs. Kimball Strickland, Kimball Roofing Energy and Maintenance, Inc. Cause no. CV4060586** | **Breach of contract** | **Justice Court, State of Texas, County of Liberty** | **Default judgment** |
| **Southwestern Bell vs. Kimball Roofing Energy and Maintenance, Inc. (Case no. 107530)** | | **County Civil Court, Jefferson County, Texas** | **Default Judgment** |
| **Southwestern Bell vs. Kimball Roofing Energy and Maintenance; Civil no. 086500589** | **(Judgment filed under Utah Foreign Judgment Act)** | **Fourth District Court of Wasatch County, State of Utah** | **Judgment** |
| **Paradise Media Group, LLC dba The Parqadise Yellow Pages vs. Kimball Roofing Energey & Maintenance, LLC; Civil no. 08-1-1505-07 EEH** | **Breach of contract** | **Circuit Court of the First Circuit, State of Hawaii** | **Pending** |
| **Glenn Yoshizawa vs. Kimball Roofing Energy Maintenance, LLC, John Does 1-10, and Doe Entities 1-10; Cviil No. 3RC 07-1-368** | **Breach of contract** | **District Court of the Third Circuit, North and South Hilo Division, State of Hawaii** | **Pending** |
| **Edmund C. Olson Trust NO. II vs. Kimball Roofing Energy & Maintenanc, LLC, John Does 1-10, Doe Entitites 1-10; Civil no. 07-1-0232** | **Construction Defects** | **Circuit Court of the Third Circuit, State of Hawai'i** | **Judgment; Write of Attchment** |
| **I-Ket vs. Kimball Gate Products; Civil no. 00204449** | **Debt Collection** | **3rd District Court, Salt Lake County, tate of Utah** | **Judgment/garnishment** |
| **XanGo, LLC vs. Kimball Construction Comapny, LLC; civil no. 078403202** | **Collection** | **Fourth Judicial District Court, State of Utah, Utah County** | **Judgment** |
| **Knight Adjustment vs. Kimball Strickland; Civil no. 040106554** | **Debt collection** | **3rd District Court, West Jordan, Salt Lake County, State of Utah** | **Judgment** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **Shirley S. Miller vs. Kimball Construction Co. LLC, Kimball STrickland; Civil no. 058500148** | **Collection** | **Small Claims in Summit County** | **Judgment** |
| **Richards Sheet Metal vs. Kimball Roofing, Kimball Gate Products, Rhino GAte Systems, Kimball Fencing, Kimball Strickland; Civil no. 000903917** | **Collection** | **Weber County District Court, Ogden UT** | **Judgment** |
| **Kroy Building Products vs. Kimball Roofing LLC and Kimball Strickland; Civil no. 010410910** | **Collection** | **3rd Judicial District Court of Salt Lake County, State of Utah** | **Judgment - Satisfied** |
| **Roofers Supply Inc. vs. Kimball Construction LLC and Kimball Strickland; Civil no. 060911147** | **Collection** | **3rd Judicial District Court of Salt Lake County, Utah** | **Judgment** |
| **Roofers Supply Inc. vs. Kimball Roofing LLC and Kimball Strickland; Civil no. 060911174** | **Collection** | **3rd Judicial District Court of Salt Lake County, Utah** | **Judgment** |
| **Utah State Tax Commission vs. Kimball Construction Inc. Civil no.s. 076915186 076923971 076923972 076923973 076923984 076923985 076923986 076923987 076923988 076929535 076929536 076929537 0769289538** | **Tax collection** | **Unknown** | **Pending** |
| **Internal Revenue Service vs. Kimball Construction Civil nos. 10157764 10182677 10302604** | **Tax debt collection** | **Unknown** | **Pending** |
| **N.A.R., Inc. v. Kimball Roofing LLC (no civil no. assigned)** | **Collection** | **3rd Judicial District Court, Salt Lake City Department, Salt Lake County, State of Utah** | **Judgment** |
| **Duro-Last Roofing, Inc. vs. Kimball Strickland; Civil no. 060417611** | **Collection** | **3rd District Court, State of Utah, Salt Lake County, West Jordan Department** | **Judgment** |
| **Scott Denton Homes, LLC vs. Kimball Construction, LLC Civil no. 07050042** | **Collection** | **3rd Judicial District Court in and for Summit County, State of Utah** | **Judgment** |
| **Terri Santy (aka Terri Spelman) v. Kimball Construction Company, LLC; Civil no. 08500659** | **Breach of contract** | **Third Judicial District Court, Summit County, State of Utah** | **Pending** |
| **Workers Compensation Fund vs. Kimball Strickland** | **Debt collection** | **3rd Judicial District Court, State of Utah in and for Salt Lake County, Salt Lake Department** | **Judgment** |
| **Office of Recovery Services v. Kimball Strickland (Civil no. 066912956)** | **Collection** | **3rd Judicial District Court of Salt Lake County** | **Judgment** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Various cases with debtor as defendant no. SQ2006154656, SQ2006191361, SQ2008058530, SQ2008043669, SQ2008043670** | **Debt collection** | **Honolulu Bureau of Conve. 426 Queen Street Honolulu, HI 96813** | **Judgments** |
| **The State of Texas vs. Kimball Dean Strickland (no. 99930)** | **Felony theft** | **252nd District Court of Jefferson County, Texas** | **Dismissed (restitution paid)** |
| **DOPL In the matter of the license of Kimball Construction Company LLC to practice as a contractor in the State of Utah (Case No. DOPL 2009-154)** | **Administrative Proceeding before the Construction SErvices Commission of the Department of Commerce of the State of Utah** | **Division of Occupational and Professional Licensing Heber M Wells Building 160 East 300 South Salt Lake City Ut 84114-6741** | **Notice of Agency Action** |
| **John MacLachlan  v. Kimball Strickland and K&S Properties (Clv. No. 090500300)** | **Violation of lease agreement** | **4th Judicial District Court for Wasatch County District Court, State of Utah** | **Settled on termination of a lease option of real property located at 2491 South Daniels Road, Heber City, UT** |
| **Allstate Insurance Company vs. Kimball Consturction Company, LLC and Does I-V civil no. 090911193** | **Collection** | **3rd Judicial District Court in and for Salt Lake County, State of Utah** | **Pending** |
| **Wasatch County v. Kimball Stricland (criminal case: Case No. unknown)** | **Driving on a restricted license** | **4th Judicial District Court of Wasatch County, Heber Department** | **Pending** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Homecomings Financial c/o Lester K.M. Keu 222 Merchant Street, Main Floor Honolulu, HI 96813** | **September 23, 2008** | **Judgment of foreclosure: 167 Kaunaloa Street, Hilo, HI 96720 (foreclosure commenced, and possible completed; this property may have been titled briefly in K&S Properties, LLC) (value in current market =  $250,000.00 estimate)** |
| **Cit Group P.O. Box 24330 Oklahoma City, OK 73124** | **August 2007** | **Repossessed boat AV127693D494 and Boat Trailer 1VMBT2739R2000100 (value = $50,000; sold at auction at $8,500)** |

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Paul Toscano, P.C.**<br>**Newhouse Building, Suite 614**<br>**10 Exchange Place**<br>**Salt Lake City, UT 84111** | **January 23, 2009** | **$4000 ($3701 Chapter 7 work;**<br>**$299 for court filing fee)** |
| **Granite Lake Educational Resources**<br>**15106 Granite Lake Road**<br>**Cheney, WA 99004** | **July 29, 2009** | **$50** |

7

**10.  Other transfers**

None  a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor,
■     transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors
      filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the
      spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None  b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
■     trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
☐     otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
      financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
      cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
      include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
      unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **CU Hawaii**<br>**476 Hinano Street**<br>**Hilo, HI 96720-4499** | **Checking and savings no. xx4590, joint account with Kimball Strickand Roofing Energy & Maintenance, LC, a Hawaii limited liability company** | **$54 (December 2008 est.)** |
| **CU Hawaii**<br>**476 Hinano Street**<br>**Hilo, HI 96720-4499** | **CU Hawaii account no. xx7940 ($.30 estimated balance at closing)** | **($.30 estimated balance at closing) (December 2008 est.)** |
| **Brighton Bank**<br>**7101 Highland Dr.**<br>**Salt Lake City, UT 84121** | **Account no. xxxx7367 (business and personal account)** | **$0 (January 2009 est.)** |

**12.  Safe deposit boxes**

None  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
■     immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or
      depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
      filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
■     commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
      spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Various businesses of the debtor**<br>**93 West Main Street**<br>**Midway, UT 84049** | **Debtor maintains residence at his business premises; much of personal property titled in the names of his businesses are physically located or sporadically housed at this location. These items of property are listed in Schedule B, under the name of the particular owner business.** | **93 West Main Street, Midway UT 84049** |

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                              NAME USED                          DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**Denise Strickland (married in Vegas, lived in Utah)**

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Kimball Roofing Energy & Maintenance LLC** | 20-4723225 | **167 Kaunaloa Street Hilo, HI 96720** | **A Hawaii Company Roofing** | **Commenced April 2006 - closed November 26, 2008** |
| **Kimball Roofing, LLC** | 87-0528359 | **P.O. Box 8145 Midvale, UT 84047** | **A Utah limited liability company Roofing** | **ceased opeartion sin 2003; closed formally July 26, 2007** |
| **Kimball Roofing Energy Maintenance, Inc.** | 68-0585716 | **P.O. Box 850 Midway, UT 84049** | **A Texas corporation Roofing** | **Commenced 2005 - closed March 10, 2006** |
| **Kimball Roofing & Repairs, LLC** | 26-2498824 | **P.O. Box 850 Midway, UT 84049** | **A Utah limited liability company Roofing** | **Commenced 2008 - present (never did business)** |
| **Hawaii Tanning, LLC** | 20-5651695 | **P.O. Box 850 Midway, UT 84049** | **A Hawaii limited liability company Debtor owned 50% Tanning Salon** | **Commenced in November 2006 - ceased opertions and closed in 2007** |
| **K&S Properties, LLC** | No EIN | **P.O. Box 850 Midway, UT 84049** | **A Wyoming limited liability company Roofing** | **Commenced business 2004 - present (never did business, held property only)** |
| **Above All Roofing, LLC Utah** | 41-2219800 | **P.O. BOx 850 Midway, UT 84049** | **A Utah limited liability company Roofing** | **November 2006 - present (never did business)** |
| **Above All Roofing, LLC Idaho/Montana** | 26-0838723 | **P.O. BOx 850 Midway, UT 84049** | **Idaho limited liability company, doing business in Idaho and Montana Roofing** | **Commenced September 5, 2007 - present (never did business)** |
| **Kimball Roofing Energy Maintenance LLC** | 41-2219798 | **P.O. Box 850 Midway, UT 84049** | **a Utah limited liability company Roofing** | **Commenced 2003 - present (never did business)** |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Kimball Construction Company, LLC** | **77-0603985** | **P.O. Box 850 Midway, UT 84049** | **A Utah limited liability company Roofing** | **Commencd 2003 - present** |

None    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS


    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

    **19. Books, records and financial statements**

None ☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Heidi Couch 34139 Jacob Road Poteau, OK 74953** | **June 2007 to present** |
| **Debtor 93 West Main Street Midway, UT 84049** | **Inception to present** |
| **Daines Goodwin & Company 136 East South Temple, #125 Salt Lake City, UT 84111** | **1989 to 2007** |
| **Gilbert & Stewart, CPAs 190 West 800 North Provo, UT 84601** | **2008 taxes only** |
| **Derrick Taylor 55 W. Center Street No. 275 North Salt Lake, UT 84054** | **2000 - 2007 bookkeeping only** |

None ■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                        DATES SERVICES RENDERED

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐    of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Debtor** | **Same** |

**Books and records of debtor's companies consist mainly of Quick books, papers files of realty and personalty, invoices for income, receipts for expenses, bank statements, check registers, contracts, leases, maintenance records; however, these are fairly complete and in fair order.**

**Debtor's personal books and records consist of personal billing statements, checking and savings accounts.**

| **Heidi Couch** | **Same** |
|---|---|

None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
■    issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS              DATE ISSUED

### 20. Inventories

None    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■    and the dollar amount and basis of each inventory.

| | | DOLLAR AMOUNT OF INVENTORY |
|---|---|---|
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
■

| | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
|---|---|
| DATE OF INVENTORY | RECORDS |

### 21 . Current Partners, Officers, Directors and Shareholders

None    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
■    controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| | | NATURE AND PERCENTAGE |
|---|---|---|
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

### 22 . Former partners, officers, directors and shareholders

None    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■    commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■    immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **August 11, 2009**

Signature    **/s/ Kimball Dean Strickland**
**Kimball Dean Strickland**
Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Utah

In re **Kimball Dean Strickland** _____  Case No. __**09-27942**__
_____
Debtor(s)    Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by
property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**-NONE-** | **Describe Property Securing Debt:** |

Property will be (check one):
☐  Surrendered                ☐  Retained

If retaining the property, I intend to (check at least one):
☐  Redeem the property
☐  Reaffirm the debt
☐  Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐  Claimed as Exempt                ☐  Not claimed as exempt

B8 (Form 8) (12/08)                                                                                      Page 2

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**Barbara Lassiter** | **Describe Leased Property:**<br>**Lease of commercial office/residence** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES   ☐ NO |

| Property No. 2 | | |
|---|---|---|
| **Lessor's Name:**<br>**Sai Baba Hawaii, LLC** | **Describe Leased Property:**<br>**Commercial lease agreement between Sai Baba Hawaii, LLC and Hawaii Tanning, LLC** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES   ■ NO |

| Property No. 3 | | |
|---|---|---|
| **Lessor's Name:**<br>**VSP Investments, L.C.** | **Describe Leased Property:**<br>**Lease of business premises at 8461 South 700 West, Sandy, UT 84047** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES   ☐ NO |

| Property No. 4 | | |
|---|---|---|
| **Lessor's Name:**<br>**White Water Properties** | **Describe Leased Property:**<br>**Debtor's rental home** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES   ■ NO |

| Property No. 5 | | |
|---|---|---|
| **Lessor's Name:**<br>**Yahavah Mathison** | **Describe Leased Property:**<br>**Lease of real property located at 15-2019 8th Ave. HPP, Keaau, HI 96749 with purchase option. Lease term terminates April 5, 2012. Monthly payment so f$2,350.** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES   ■ NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date   __August 11, 2009__          Signature   __/s/ Kimball Dean Strickland__
                                              **Kimball Dean Strickland**
                                              Debtor

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy