In re **Kimball Dean Strickland**, Case No. **09-27942**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | - | 200.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Zions Bank checking account no. xxxxx1873 (overdrawn)** | - | 0.00 |
| | | **Wells Fargo checking account no. xxxxxx4026 (overdrawn)** | - | 0.00 |
| | | **Wells Fargo savings account no. xxxxxx9061 (overdrawn)** | - | 0.00 |
| | | **Chase checking account no. ...7480 ($57 estimated balance)** | - | Unknown |
| | | **US Bank account no. xxxxxxxx3434 ($75 estimated balance)** | - | Unknown |
| | | **US Bank account no. xxxxxxxx0687 ($25 estimated balance)** | - | Unknown |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Couch ($100), coffee table ($30), television ($30), knick knacks ($200)** | - | 360.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing and shoes for one person** | - | 500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total > **1,060.00**
(Total of this page)

__5__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

In re **Kimball Dean Strickland**, Case No. **09-27942**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% interest in Kimball Construction Company, LLC, a Utah limited liability company: The assets of this company are detailed on Attachment "A" to Schedule B. This company's extraordinary transfers are also detailed on Attachment "A"** | - | 0.00 |
| | | **100% interest in Kimball Roofing, Energy & Maintenance, Inc., a Texas corporation; this company has no assets.** | - | 0.00 |

Sub-Total > **0.00**
(Total of this page)

Sheet **1** of **5** continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Kimball Dean Strickland**                                                          ,    Case No.    **09-27942**
                                                           Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **100% in K&S Properties, LLC, Wyoming LLC the assets of which consist of the following:** <br> **1984 Corvette (value $2,200, appraised by Intermountain Auction and Appraisal)** <br> **Realty Hidden Creek subdivision, located in Lincoln County, Wyoming valued at $300,000, 1st TD to Z-Farms $130,000, IRS liens of $800,000)** <br> **50% interest in lease option on 93 West Main Street, Midway, UT 89049 (other 50% interest owned by Debtor)** <br><br> **1997 Ford F250 VIN 1FTH26G8VEB38543*** <br> **1990 Ford F150 VIN 1FTEF14NXLPB38494*** <br> **1992 utility trailer VIN UTT13433*** <br> **1979 Dodge Motorhome VIN F44CD9V727991*** <br> **2004 Chevy Silverado VIN 1GCHK23214F193171*** <br> **1999 Dodge 2500 Quad 1B7KF236XXJ612391*** <br><br> **In the last 12 months, this company has sold for appriased fair market values 6 vehicles, of which some were free and clear of liens and the sale proceeds were applied to this company's debt service and others of which wer encumbered by liens and the sale proceeds were paid to the lienholder.** | - | 0.00 |
| | | **100% in Kimball Roofing Energy & Maintenance, LC, a Hawaii limited liability company, the asset repossessed by Olsen & Olsen Trust between July and Decmeber of 2008; Zion's Bank account 1378025744 and 029123700; (CU Hawaii checking and savings accounts was closed in December 2008 - closing balance $54)** <br><br> **Accounts receivable: Grant Vernon/Edmond Olson ($19,776); ERA REALTY-vet center ($5,500); Robert Conser ($3,090); ERA computer shop ($1,800); Glen Yoshizawa ($9,200); Elizabeth Zeuch ($2,752.61) July 2009 balance sheet of thie company shows net equity of $-350,895.88** | - | 0.00 |
| | | **100% interest in Kimball Roofing Energy & Maintenance, LLC, a Utah limited liability company the assets of which include:** <br> **Vehicle: 2002 Chevy 2500 Crew Cab VIN 1GCHK23142F225826*** | - | 0.00 |
| | | **100% interest Kimball Roofing & Repairs LLC, a Utah limited liabilty company (no business): no assets** | - | 0.00 |

|  | Sub-Total > | 0.00 |
|---|---|---|
| | (Total of this page) | |

Sheet __2__ of __5__ continuation sheets attached
to the Schedule of Personal Property

In re **Kimball Dean Strickland**, Case No. **09-27942**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **100% interest in Above All Roofing, LLC, a Utah limited liability company (never did business) no assets.** | - | 0.00 |
| | | **100% interest in Above All Roofing, LLC, a Idaho & Montana company (never did business) no assets.** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Anticipated year 2008 tax refund (none expected)** | - | 0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Sub-Total > **0.00**
(Total of this page)

Sheet __3__ of __5__ continuation sheets attached
to the Schedule of Personal Property

In re **Kimball Dean Strickland**, Case No. **09-27942**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **German Shepherd** | - | **50.00** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Purchase option for real property located at 15-2019 8th Ave. HPP, Keaau, HI 96749** | - | **0.00** |
| | | **Small hand tools ($100)** | - | **100.00** |
| | | **Debtor may have a cause of action againt Central Bonds & Insurance and possibly the insurance broker for an unauthorized change in the errors and omissions policy covering Kimball Construction, LLC on The Willows Condominium roofing project (Claim No. 93413 of Allied Insurance, which provides the errors and omission insurance coverage to Central Bonds & Insurance, Inc.); debtor also filed a complaint against Central Bonds and insurance, Inc. with the Utah Inurance Department** | - | **0.00** |

Sub-Total > **150.00**
(Total of this page)

Sheet __4__ of __5__ continuation sheets attached
to the Schedule of Personal Property

9/03/09 4:57PM

**B6B (Official Form 6B) (12/07) - Cont.**

In re    **Kimball Dean Strickland** ,   Case No.    **09-27942**
                                                  Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **50% interest in lease option on 93 West Main Street, Midway, UT 89049 (other 50% interest owned by K&S Properties)** | - | 0.00 |

Sub-Total >    **0.00**
(Total of this page)

Total >    **1,210.00**

Sheet  **5**  of  **5**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

In re **Kimball Dean Strickland** _____   Case No. _____

Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### AMENDED Attachment A

The assets of **Kimball Construction Company, LLC** consist of the following:

**Equipment**: Equipment Lease (Lessor is K&S Properties of Wyoming, LC), including the leases of the following properties:

1997 Ford Truck VIN xxx8543 (value = $1,800)

1992 Utility Trailer VINxxx3433 (value = $400),

1999 Dodge Truck VINxxx2391 (value = $2,350)

2004 Chevy Silverado VINxxx3171 (value = $6,600),

1979 Dodge Motorhome VINxxx7991 (value = $1,000),

2002 Chevy 2500 crew cab pick up truck VINxxx5826 (value = $2500)

1990 Ford F-150 pick up truck VINxxx8494 (value = $300)

**Accounts Receivable**

Hawaiiana Management ($3,616.67);

The Paul Hooker Family ($2,055);

Jessica Sharp ($250);

Mike Lloyd ($312.50);

AIP ($26,308 approx.)

FCS Willows Building N&O ($15,884.20; secured by multiple liens as below) and

Willows Building J ($25,605.49; secured by multiple liens as below)

Nicole Perkins ($1523.71);

Sherman D. Fox & Mary-Anne Fox ($1523.71);

Leslie A. Richardson ($1523.71);

Aida Castrillo ($1523.71);

Alan J. Horton & Karen L. Horton ($1523.71);

Travis J. Black ($1523.71);

Robert A. Hawkes ($1523.71);

Cindy Schroder ($1523.71);

Gustavo Meza ($1523.71);

Steven D. Winslow ($1523.71);

Gareth E. Dickson ($1523.71);

John W. & Leslie Y. Figueroa ($1523.71);

Ian Stewart ($1523.71);

Robert M. Carboni ($1523.71);

Kenneth B. Fortner Jr. & Sarah Fortner ($1523.71);

Stephen & Melissa Voorhees ($1523.71);

John & Lori Durfee ($1523.71);

Patricia Warnock ($1523.71); Kevin

A. Jones ($1442.85);

Veda J. Truman ($1442.85);

Rachel J. Teater ($1442.85);

Elliott J. Rudisill ($1442.85);

Thomas Green III & Krissi Green ($1442.85);

William R. Johnson ($1442.85)


*The above parties are also listed on Schedule F as potential claims*

**Bank Accounts**

US Bank account no. xxxxxxxx3384 ($400 estimated balance)

Brighton Bank account no. xxxx2636 (overdrawn)

Zion's Bank operating account no. xxxx0677 ($.54)

Zion's Bank payroll account no. xxxx1774

US Bank savings account no. xxxxxxxxx554 (estimated $534.25)


**Transfers:** In the two years immediately preceding the filing of this case, **Kimball Construction Company, LLC** had the following extraordinary transfers:

Sold in March 2009: a year 2000 Navistar International Heavy Truck along with 9 rolloff containers (value $11,225) sold for $21,000 to Dollar, Inc. of Oakley, UT; proceeds used to pay business expenses.

Sold on December 23, 2008: a 1996 Dodge Ram 3500 Truck Club Cab to an unkown party (value $7000 estimate) sold for $6500.

Promissory Note to Christine Hedstrom in the sum of $25,547.96 (originally $71,900) with security interest in all equipment, logos, and phone numbers belonging to the company.

Sold to Christine Hedstrom for the sum of $3000 logo, phone numbers and miscellaneous (value = $3000) (appraised by Statewide Auctions)

On July 29, 2009, Kimball Construction, LLC, received payment from the attorney for Mountainhouse Grill on a small claims settlement in the approximately amount of $3000, in which the debtor personally had no interest.